UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONETTE D. FORTO,<br><br>        Plaintiff(s),<br><br>v.<br><br>CAPITAL ONE BANK, et al.<br><br>        Defendant(s). | Case No: 4:14-cv-05611-JD<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, __BRANDON CARNES__, an active member in good standing of the bar of __Illinois,__ hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __UNITED RECOVERY SYSTEMS, L.P.__ above-entitled action. My local co-counsel in this case is GREGORY B. THOMAS an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200  Chicago, Illinois 60654 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Boornazian, Jensen & Garthe<br>555 12th Street, Suite 1800, Oakland, CA  94607 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>312-494-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:   510-834-4350 |
| MY EMAIL ADDRESS OF RECORD:   bcarnes@rfclaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gthomas@bjg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6312484__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  February 2, 2016                                                   BRANDON CARNES
                                                                                                APPLICANT
                                                                                                /s/ Brandon Carnes

---

**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __BRANDON CARNES__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/16

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE