

**Gregory B. Thomas**
gthomas@bjg.com

September 29, 2017

The Honorable Maria-Elena James
United States Magistrate Judge
San Francisco Courthouse
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Simonette D. Forto v. Capital One Bank, et al.*
    USDC, Northern District of California, Case No. 14-cv-05611-JD
    Our File No. 800050

Dear Judge James:

Pursuant to the Court's Order re: Motion for Attorneys' Fees entered on September 20, 2017, attached please find all time keeping records for defense counsel for Defendant United Recovery Systems, LP, now known as Alltran Financial.

Thank you very much for your attention to this matter. Please do not hesitate to contact me should the Court have any questions or concerns regarding the attached records.

Very truly yours,

BOORNAZIAN, JENSEN & GARTHE

*Gregory B. Thomas*

Gregory B. Thomas

GBT/cs
Enclosures

800050\699646