Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

| | |
|---|---|
| Mr. Michael S. Kelleher<br>United Recovery Systems, LP<br>5800 North Course Dr.<br>Houston, TX 77072 | March 27, 2015<br>URS-800050<br>Invoice No: 121767<br>Gregory B. Thomas |

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Insured:         United Recovery Systems, LP
    Claimant:       Simonette D. Forto
    Date of Loss:    12/27/2013
    Type of Law:    Commercial

## BILLING SUMMARY THROUGH MARCH 24, 2015

| | |
|---|---:|
| Fees For Professional Services | 4,780.00 |
| Expenses and Advances | 14.20 |
| **CURRENT BILL** | **$4,794.20** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|-----:|------:|-------:|
| 02/26/15 | GBT | Telephone conference with co-counsel Steve Kienzle re facts of case and retention as local counsel (.30) | 200.00 | 0.30 | 60.00 |
| 02/27/15 | GBT | Review and respond to e-mail correspondence from co-counsel re facts of case, pleadings and retainer agreement (.30) | 200.00 | 0.30 | 60.00 |
| 02/27/15 | GBT | Begin to review, analyze and revise Rule 7 disclosure and Rule 6-1 stipulation and order for extension to respond (.80) | 200.00 | 0.80 | 160.00 |
| 02/27/15 | GBT | Review and respond to e-mail correspondence from coordinating counsel re rule 7 disclosure and rule 6.1 stipulation and order for extension (.20) | 200.00 | 0.20 | 40.00 |
| 03/02/15 | GBT | Finish revising stipulation and order granting extension of time to respond to complaint and Certificate of interested parties (.80) | 200.00 | 0.80 | 160.00 |
| 03/02/15 | GBT | Review and respond to e-mail correspondence from Plaintiff's counsel re proposed stipulation and order re extension of time to respond to complaint (.40) | 200.00 | 0.40 | 80.00 |
| 03/02/15 | GBT | Telephone conference with Plaintiff's counsel's office re extension for time to respond and related stipulation and order (.30) | 200.00 | 0.30 | 60.00 |
| 03/02/15 | GBT | Review and respond to e-mail correspondence from co-counsel re stipulation and order for extension and meet and confer in advance of case management conference (.30) | 200.00 | 0.30 | 60.00 |
| 03/02/15 | GBT | Review and respond to e-mail correspondence from co-counsel re proposed stipulation and order re extension of time to respond to complaint (.30) | 200.00 | 0.30 | 60.00 |
| 03/02/15 | GBT | Prepare consent to proceed before magistrate (.20) | 200.00 | 0.20 | 40.00 |
| 03/04/15 | GBT | Telephone confernece with co-counsel re early settlement and alternative dispute resolution strategy (.30) | 200.00 | 0.30 | 60.00 |
| 03/04/15 | GBT | Telephone conference with counsel for Capital One re tender of defense and litigation strategy (.30) | 200.00 | 0.30 | 60.00 |
| 03/04/15 | GBT | Review and respond to e-mail correspondence from all counsel re meet and confer issues in advance of Rule 26(f) meet and confer conference (.30) | 200.00 | 0.30 | 60.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/15 | GBT | Review and respond to e-mail correspondence from co-counsel re Capital One's tender and preferred Alternative Dispute Resolution options (.20) | 200.00 | 0.20 | 40.00 |
| 03/04/15 | GBT | Review and analyze Order Setting Initial Case Management Conference and Alternative Dispute Resolution Deadlines (.30) | 200.00 | 0.30 | 60.00 |
| 03/04/15 | GBT | Prepare Alternative Dispute Resolution Certification(.20) | 200.00 | 0.20 | 40.00 |
| 03/04/15 | GBT | Prepare notice of request for Alternative Dispute Resolution telephone conference (.20) | 200.00 | 0.20 | 40.00 |
| 03/04/15 | GBT | Participate in telephonic Rule 26(f) conference (.50) | 200.00 | 0.50 | 100.00 |
| 03/04/15 | GBT | Prepare e-mail correspondence to Plaintiff's counsel re initial Alternative Dispute Resolution mandatory filings (.20) | 200.00 | 0.20 | 40.00 |
| 03/04/15 | GBT | Telephone conference with Plaintiff's counsel re mandatory alternative dispute resolution filings (.20) | 200.00 | 0.20 | 40.00 |
| 03/09/15 | GBT | Receive, review and analyze Alternative Dispute Resolution telephone conference information form court (.10) | 200.00 | 0.10 | 20.00 |
| 03/09/15 | GBT | Review and respond to e-mail correspondence from counsel for Capital One re tender of defense (.20) | 200.00 | 0.20 | 40.00 |
| 03/10/15 | LOM | Begin to prepare Federal Rules of Civil Procedure Rule 26(a) disclosures (.80) | 200.00 | 0.80 | 160.00 |
| 03/11/15 | GBT | Review and respond to e-mail correspondence from co-counsel re Rule 26 conference and initial disclosures (.30) | 200.00 | 0.30 | 60.00 |
| 03/11/15 | LOM | Review and analysis of call record documents provided by client (.50) | 200.00 | 0.50 | 100.00 |
| 03/11/15 | LOM | Begin to prepare Joint Case Management Statement pursuant to standing order (1.60) | 200.00 | 1.60 | 320.00 |
| 03/13/15 | LOM | Continue preparing Initial Disclosures pursuant to Federal Rules of Civil Procedure Rule 26 (.50) | 200.00 | 0.50 | 100.00 |
| 03/13/15 | GBT | Close review and analysis of client file materials including call logs | 200.00 | 0.80 | 160.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | and NSF check to prepare joint case management statement and Rule 26 report and disclosures (.80) | | | |
| 03/13/15 | GBT | Close review and analysis of Plaintiff's complaint to prepare joint case management statement, Rule 26 report and Rule 26 disclosures (.60) | 200.00 | 0.60 | 120.00 |
| 03/13/15 | GBT | Review and analysis of Capital One v. Forto docket in Contra Costa County Superior Court to prepare joint case management statement (per local rule), Rule 26 report and initial disclosures (.40) | 200.00 | 0.40 | 80.00 |
| 03/13/15 | GBT | Telephone conference with co-counsel re case status update (.20) | 200.00 | 0.20 | 40.00 |
| 03/13/15 | GBT | Begin to review and revise Joint Case Management Statement (per local rules) (1.00) | 200.00 | 1.00 | 200.00 |
| 03/13/15 | GBT | Review and respond to e-mail correspondence from co-counsel re investigation and evidentiary support for defenses (.30) | 200.00 | 0.30 | 60.00 |
| 03/13/15 | GBT | Prepare e-mail correspondence to Plaintiff's counsel requesting letter from URS to her client and documents related to Plaintiff's pending state court action (.20) | 200.00 | 0.20 | 40.00 |
| 03/13/15 | LOM | Continue preparing Joint Case Management Statement (1.00) | 200.00 | 1.00 | 200.00 |
| 03/13/15 | LOM | Begin to prepare Joint Rule 26(f) Report (1.00) | 200.00 | 1.00 | 200.00 |
| 03/13/15 | LOM | Prepare correspondence to counsel for Capital One Bank re: Alternative Dispute Resolution conference and receive, review and analyze reply to same (.30) | 200.00 | 0.30 | 60.00 |
| 03/13/15 | GBT | Review and respond to e-mail correspondence from counsel for Capital One re tender of defense (.20) | 200.00 | 0.20 | 40.00 |
| 03/13/15 | GBT | Receive, review and analyze notice of reassignment from Magistrate Judge to District Court Judge and order vacating all case management dates (.10) | 200.00 | 0.10 | 20.00 |
| 03/16/15 | GBT | Receive, review and analyze notice from court re assignment of District Court Just James Donato and reassignment of magistrate judge (.10) | 200.00 | 0.10 | 20.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/15 | GBT | Receive, review and analyze Judge Donato's standing orders (.40) | 200.00 | 0.40 | 80.00 |
| 03/16/15 | GBT | Review and revise Rule 26(f) report (.30) | 200.00 | 0.30 | 60.00 |
| 03/16/15 | GBT | Review and revise initial disclosures (.30) | 200.00 | 0.30 | 60.00 |
| 03/16/15 | GBT | Continue to review and revise joint case management statement (.30) | 200.00 | 0.30 | 60.00 |
| 03/16/15 | GBT | Receive, review and analyze Capital One's answer to complaint (.40) | 200.00 | 0.40 | 80.00 |
| 03/16/15 | GBT | Receive, review and analyze Capital One's declination to proceed before magistrate and certificate of interested entities or persons (.20) | 200.00 | 0.20 | 40.00 |
| 03/17/15 | GBT | Receive, review and analyze reassignment order setting case management conference (.30) | 200.00 | 0.30 | 60.00 |
| 03/17/15 | GBT | Prepare e-mail correspondence to Mr. Carnes re reassignment order setting case management conference, joint case management statement and Rule 26(f) report (.20) | 200.00 | 0.20 | 40.00 |
| 03/17/15 | GBT | Prepare e-mail correspondence to all counsel for Reassignment Order, joint case management statement and Rule 26(f) report (.20) | 200.00 | 0.20 | 40.00 |
| 03/17/15 | GBT | Review and respond to e-mail correspondence form counsel for Capital One regarding tender (.30) | 200.00 | 0.30 | 60.00 |
| 03/18/15 | GBT | Receive, review and analyze e-mail correspondence from counsel for Capital One with proposed revisions to joint filings (.30) | 200.00 | 0.30 | 60.00 |
| 03/18/15 | GBT | Review and respond to e-mail correspondence from all counsel re Joint Case Management Statement and Rule 26(f) report (.40) | 200.00 | 0.40 | 80.00 |
| 03/18/15 | GBT | Receive, review and analyze Plaintiff's proposed revisions to joint case management statement and Rule 26(f) report (.40) | 200.00 | 0.40 | 80.00 |
| 03/18/15 | GBT | Finish preparing Rule 26(f) report and Joint Case Management Statement (.40) | 200.00 | 0.40 | 80.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/22/15 | GBT | Prepare e-mail correspondence to co-counsel Brandon Carnes re case status update, answer, initial case management conference and Alternative Dispute Resolution telephone conference (.20) | 200.00 | 0.20 | 40.00 |
| 03/23/15 | GBT | Review and respond to e-mail correspondence from co-counsel re Alternative Dispute Resolution telephone conference (.20) | 200.00 | 0.20 | 40.00 |
| 03/23/15 | GBT | Review and respond to e-mail correspondence from counsel for Capital One re status of tender (.10) | 200.00 | 0.10 | 20.00 |
| 03/23/15 | GBT | Begin to prepare answer to complaint (.40) | 200.00 | 0.40 | 80.00 |
| 03/23/15 | GBT | Review and analysis of notice scheduling alternative dispute resolution telephone conference to prepare for same (.30) | 200.00 | 0.30 | 60.00 |
| 03/23/15 | GBT | Participate in alternative dispute resolution telephone conference with all counsel and alternative dispute resolution coordinator (.60) | 200.00 | 0.60 | 120.00 |
| 03/23/15 | GBT | Prepare e-mail correspondence to co-counsel re case status update, alternative dispute resolution options and Plaintiff's initial settlement demand (.40) | 200.00 | 0.40 | 80.00 |
| 03/24/15 | GBT | Review and respond to e-mail correspondence from co-counsel re case status update, alternative dispute resolution options, answer and initial disclosures (.40) | 200.00 | 0.40 | 80.00 |
| 03/24/15 | GBT | Prepare e-mail correspondence to Alternative Dispute Resolution coordinator and all counsel re Alternative Dispute Resolution agreement (.10) | 200.00 | 0.10 | 20.00 |

**TOTAL FOR SERVICES**  **4,780.00**

### SERVICES RECAP

|  |  | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 18.20 | 3,640.00 |
| LOM | Lauren O. Miller | 200.00 | 5.70 | 1,140.00 |

### EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | Copies (In-House) | 71 | 0.20 | 14.20 |

**TOTAL EXPENSES**  **14.20**