Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

May 5, 2015  
URS-800050  
Invoice No: 121947  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.  
    Client: United Recovery Systems, LP  
    Claimant: Simonette D. Forto  
    Date of Loss: 12/27/2013  
    Type of Law: Commercial

## BILLING SUMMARY THROUGH MAY 1, 2015

| | |
|---|---:|
| Fees For Professional Services | 2,000.00 |
| Expenses and Advances | 18.20 |
| **CURRENT BILL** | **$2,018.20** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 03/26/15 | GBT | Telephone conference with co-counsel re case status update and answer (.20) | 200.00 | 0.20 | 40.00 |
| 03/26/15 | GBT | Prepare e-mail correspondence to co-counsel re answer (.10) | 200.00 | 0.10 | 20.00 |
| 03/30/15 | GBT | Receive, review and analyze e-mail correspondence and tender letter from counsel for Capitol One (.40) | 200.00 | 0.40 | 80.00 |
| 03/30/15 | LOM | Exchange numerous emails with attorney Brandon Carnes regarding answer to complaint (.50) | 200.00 | 0.50 | 100.00 |
| 03/30/15 | LOM | Receive, review and analyze email from counsel for Capital One re Alternative Dispute Resolution Telephonic conference issues (.10) | 200.00 | 0.10 | 20.00 |
| 03/30/15 | LOM | Receive, review and analyze Answer from in-house counsel (.30) | 200.00 | 0.30 | 60.00 |
| 03/31/15 | LOM | Review and analysis of Joint Rule 26 Report re: initial disclosures, pertinent authorities and discovery propounded by plaintiff to support strategy for further handling of same (.70) | 200.00 | 0.70 | 140.00 |
| 04/01/15 | LOM | Review and analysis of orders and joint case management statement to prepare for appearance at initial Case Management Conference (1.00) | 200.00 | 1.00 | 200.00 |
| 04/01/15 | LOM | Review and analysis of Capital One Bank's follow up tender correspondence (.20) | 200.00 | 0.20 | 40.00 |
| 04/01/15 | LOM | Telephone calls with co-counsel, Carnes, regarding status of documents and tender (.30) | 200.00 | 0.30 | 60.00 |
| 04/01/15 | LOM | Review and analysis of audio recordings and accounting documents to support initial disclosures (1.00) | 200.00 | 1.00 | 200.00 |
| 04/01/15 | LOM | Travel to San Francisco for Initial Case Management Conference (.70) | 200.00 | 0.70 | 140.00 |
| 04/01/15 | LOM | Appear for Initial Case Management Conference (.80) | 200.00 | 0.80 | 160.00 |
| 04/01/15 | LOM | Return travel from Initial Case Management Conference in San Francisco, CA (.70) | 200.00 | 0.70 | 140.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/15 | LOM | Prepare status report update to co-counsel regarding initial case management conference and plaintiff's position on dismissal of complaint (.70) | 200.00 | 0.70 | 140.00 |
| 04/02/15 | LOM | Receive, review and analyze numerous emails from counsel regarding tender status and opposition to cross-complaint for indemnity (.60) | 200.00 | 0.60 | 120.00 |
| 04/02/15 | LOM | Receive, review and analyze order from court regarding initial Case Management Conference (.10) | 200.00 | 0.10 | 20.00 |
| 04/08/15 | LOM | Receive, review and analyze email from counsel for Capital One re: status of tender (.10) | 200.00 | 0.10 | 20.00 |
| 04/10/15 | GBT | Receive, review and analyze e-mail correspondence from co-counsel re case status update (.20) | 200.00 | 0.20 | 40.00 |
| 04/13/15 | GBT | Telephone conference with co-counsel re case status update and litigation strategy (.30) | 200.00 | 0.30 | 60.00 |
| 04/13/15 | GBT | Begin to review and select appropriate mediators in San Diego for court-ordered private mediation (.50) | 200.00 | 0.50 | 100.00 |
| 04/13/15 | GBT | Prepare e-mail correspondence to co-counsel re San Diego mediators (.10) | 200.00 | 0.10 | 20.00 |
| 04/15/15 | GBT | Review and respond to e-mail correspondence to co-counsel and counsel for Capital One re initial disclosures and tender acceptance (.40) | 200.00 | 0.40 | 80.00 |
| | | **TOTAL FOR SERVICES** | | | **2,000.00** |

### SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 2.20 | 440.00 |
| LOM | Lauren O. Miller | 200.00 | 7.80 | 1,560.00 |

### EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 04/01/15 | Cash Disbursement; Reimbursement: Travel expense to attend Initial Case Management Conference in San Francisco, CA, includes BART (6.60) | | | 6.60 |

|  |  |  |
|---|---|---|
|  | ; Lauren O. Miller |  |
| 04/06/15 | Cash Disbursement; Pacer Public Access to Court Electronic Records: 3/4/15 - 3/30/15 (116 pages @ .10 per page); Pacer Service Center | 11.60 |
|  | **TOTAL EXPENSES** | **18.20** |



# Pacer Charges 1/1/15 - 3/31/15 800050

URS

| Date | Time | | | | | |
|---|---|---|---|---|---|---|
| 3/4/2015 | 12:18:30 | 1 | CANDC | 80050 | HISTORY/DOCUMENTS | 4:14-CV-05611-DMR | $0.10 |
| 3/4/2015 | 12:18:36 | 2 | CANDC | 80050 | IMAGES-0 | 4:14-CV-05611-DMR DOCUMENT 5-0 | $0.20 |
| 3/4/2015 | 12:40:04 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/4/2015 | 12:43:42 | 1 | CANDC | 80050 | DEADLINE/HEARINGS | 4:14-CV-05611-DMR | $0.10 |
| 3/4/2015 | 12:44:03 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/4/2015 | 13:05:32 | 2 | CANDC | 80050 | IMAGE9-0 | 4:14-CV-05611-DMR DOCUMENT 9-0 | $0.20 |
| 3/4/2015 | 14:18:23 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME FORTO, SIMONETTE ALL COURTS PAGE: 1 | $0.10 |
| 3/4/2015 | 15:14:31 | 2 | CANDC | 80050 | DOCKET REPORT | 3:15-CV-00758-EDL | $0.20 |
| 3/4/2015 | 15:15:14 | 8 | CANDC | 80050 | DOCKET REPORT | 5:14-CV-04822-BLF | $0.80 |
| 3/4/2015 | 15:15:57 | 10 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-01785-JSW | $1.00 |
| 3/4/2015 | 15:16:40 | 4 | CACDC | 80050 | DOCKET REPORT | 2:14-CV-07746-FMO-RZ END DATE: 3/4/2015 | $0.40 |
| 3/4/2015 | 15:17:15 | 20 | CANDC | 80050 | DOCKET REPORT | 3:14-CV-00880-LB | $2.00 |
| 3/4/2015 | 15:20:16 | 1 | CANBK | 80050 | DOCKET REPORT | 14-44854 FIL OR ENT: FILED FROM: 1/2/2015 TO: 3/4/2015 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | $0.10 |
| 3/4/2015 | 15:20:40 | 1 | CANBK | 80050 | DOCKET REPORT | 14-44853 FIL OR ENT: FILED FROM: 1/2/2015 TO: 3/4/2015 DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | $0.10 |
| 3/4/2015 | 16:18:25 | 7 | AZDC | 80050 | DOCKET REPORT | 2:14-CV-02277-JJT | $0.70 |
| 3/4/2015 | 17:12:46 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME PATEL, VIMAA ALL COURTS PAGE: 1 | $0.10 |
| 3/4/2015 | 17:13:11 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME I BAR ALL COURTS PAGE: 1 | $0.10 |
| 3/4/2015 | 17:14:03 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME WIMMER, CHRIS ALL COURTS PAGE: 1 | $0.10 |
| 3/6/2015 | 13:35:09 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/6/2015 | 13:38:51 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/6/2015 | 13:39:00 | 3 | CANDC | 80050 | IMAGE16-0 | 4:14-CV-05611-DMR DOCUMENT 16-0 | $0.30 |
| 3/9/2015 | 8:44:10 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/11/2015 | 15:31:27 | 2 | CANDC | 80050 | DOCKET REPORT | 4:14-CV-05611-DMR | $0.20 |
| 3/11/2015 | 15:31:42 | 2 | CANDC | 80050 | IMAGE5-0 | 4:14-CV-05611-DMR DOCUMENT 5-0 | $0.20 |
| 3/11/2015 | 15:34:06 | 4 | CANDC | 80050 | IMAGE11-0 | 4:14-CV-05611-DMR DOCUMENT 11-0 | $0.40 |
| 3/11/2015 | 17:31:19 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME FORTO, SIMONETTE ALL COURTS PAGE: 1 | $0.10 |
| 3/16/2015 | 12:12:58 | 3 | CANDC | 80050 | DOCKET REPORT | 3:14-CV-05611-JD | $0.30 |
| 3/23/2015 | 14:32:48 | 3 | CANDC | 80050 | DOCKET REPORT | 3:14-CV-05611-JD | $0.30 |
| 3/23/2015 | 14:33:01 | 12 | CANDC | 80050 | IMAGE23-0 | 3:14-CV-05611-JD DOCUMENT 23-0 | $1.20 |
| 3/23/2015 | 14:33:11 | 1 | CANDC | 80050 | IMAGE22-0 | 3:14-CV-05611-JD DOCUMENT 22-0 | $0.10 |
| 3/23/2015 | 16:32:40 | 1 | 00PCL | 80050 | ALL COURT TYPES PARTY SEARCH | NAME FORTO, SIMONETTE ALL COURTS PAGE: 1 | $0.10 |
| 3/30/2015 | 15:57:48 | 11 | CANDC | 80050 | IMAGE26-0 | 3:14-CV-05611-JD DOCUMENT 26-0 | $1.10 |
| Subtotal: | | 116 | pages | | | | $11.60 |
| | | 0 | audio files ($2.40 ea) | | | | $0.00 |
| | | | | | | | $11.60 |

OLS-13324

