Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher                                     June 23, 2015
United Recovery Systems, LP                                 URS-800050
5800 North Course Dr.                                       Invoice No: 122216
Houston, TX 77072                                           Gregory B. Thomas

RE:    Forto, Simonette D. v. Capital One Bank, et al.
       Client:            United Recovery Systems, LP
       Claimant:          Simonette D. Forto
       Date of Loss:      12/27/2013
       Type of Law:       Commercial

## BILLING SUMMARY THROUGH JUNE 16, 2015

Fees For Professional Services                              680.00
                                                           _____

**CURRENT BILL**                                           **$680.00**

| | | **PROFESSIONAL SERVICES** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Rate** | **Hours** | **Amount** |
| 04/29/15 | GBT | Telephone conference with co-counsel re case status update (.10) | 200.00 | 0.10 | 20.00 |
| 04/29/15 | GBT | Receive, review and analyze e-mail correspondence from co-counsel re moving case forward and potential mediation (.10) | 200.00 | 0.10 | 20.00 |
| 05/06/15 | GBT | Receive, review and analyze e-mail correspondence from co-counsel re case status update (.30) | 200.00 | 0.30 | 60.00 |
| 05/18/15 | GBT | Prepare e-mail correspondence to co-counsel re mediation (.10) | 200.00 | 0.10 | 20.00 |
| 05/19/15 | LOM | Prepare correspondence to plaintiff's counsel re: mediation (.30) | 200.00 | 0.30 | 60.00 |
| 05/20/15 | GBT | Prepare e-mail correspondence to Plaintiff's counsel re complying with the Court's order to mediate the case (.20) | 200.00 | 0.20 | 40.00 |
| 05/21/15 | GBT | Receive, review and analyze e-mail correspondence from Plaintiff's counsel re not amending complaint and early mediation with Maureen Summers (.10) | 200.00 | 0.10 | 20.00 |
| 05/21/15 | GBT | Prepare e-mail correspondence to co-counsel Brandon Carnes re early mediation and case status update (.10) | 200.00 | 0.10 | 20.00 |
| 05/27/15 | GBT | Review and respond to e-mail correspondence from co-counsel re mediation (.20) | 200.00 | 0.20 | 40.00 |
| 05/29/15 | GBT | Receive, review and analyze e-mail correspondence from counsel for Capital One re mediation (.10) | 200.00 | 0.10 | 20.00 |
| 06/05/15 | GBT | Telephone call from counsel for Capital One re case status update and mediation (.10) | 200.00 | 0.10 | 20.00 |
| 06/05/15 | GBT | Telephone call with co-counsel Brandon Carnes re case status update, mediation and request to substitute in as counsel of records for Capital One (.10) | 200.00 | 0.10 | 20.00 |
| 06/05/15 | GBT | Review and respond to e-mail correspondence to counsel for Capital One confirming authority to substitute in as attorney of record (.20) | 200.00 | 0.20 | 40.00 |
| 06/05/15 | GBT | Review and respond to e-mail correspondence from co-counsel Brandon Carnes re mediation and substitution of counsel issues (.20) | 200.00 | 0.20 | 40.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 06/05/15 | GBT | Begin to prepare motion for substitution as counsel of record for Capital One and withdrawal of current counsel pursuant to defense and indemnity agreement (.50) | 200.00 | 0.50 | 100.00 |
| 06/05/15 | GBT | Prepare e-mail correspondence to Plaintiff's counsel requesting confirmation that there is no objection to substitution of counsel (.10) | 200.00 | 0.10 | 20.00 |
| 06/09/15 | GBT | Receive, review and analyze e-mail correspondence from counsel for Capital One and co-counsel re evidence in related debt collection action (.10) | 200.00 | 0.10 | 20.00 |
| 06/15/15 | GBT | Finish preparing motion to withdraw and substitute in as counsel of record for Capital One (.20) | 200.00 | 0.20 | 40.00 |
| 06/15/15 | GBT | Receive, review and analyze e-mail correspondence from counsel for Capital One re substitution issues (.10) | 200.00 | 0.10 | 20.00 |
| 06/16/15 | GBT | Review and finalize motion to permit counsel for Capital One to withdraw and this firm to substitute in as counsel of record (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**     **680.00**

| SERVICES RECAP | | Rate/Hour | Hours | Amount |
|------|------|-----------|-------|--------|
| GBT | Gregory B. Thomas | 200.00 | 3.10 | 620.00 |
| LOM | Lauren O. Miller | 200.00 | 0.30 | 60.00 |