Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher
United Recovery Systems, LP
5800 North Course Dr.
Houston, TX 77072

August 10, 2015
URS-800050
Invoice No: 122445
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Insured:           United Recovery Systems, LP
    Claimant:         Simonette D. Forto
    Date of Loss:     12/27/2013
    Type of Law:     Commercial

## BILLING SUMMARY THROUGH JULY 21, 2015

| | |
|---|---:|
| Fees For Professional Services | 560.00 |
| Expenses and Advances | 24.42 |
| **CURRENT BILL** | **$584.42** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/15 | GBT | Receive, review and analyze docket entry from court requesting additional form prior to ruling on motion to withdraw and substitute (.10) | 200.00 | 0.10 | 20.00 |
| 06/22/15 | GBT | Begin to prepare substitution of counsel form requested by Court (.10) | 200.00 | 0.10 | 20.00 |
| 06/23/15 | GBT | Review and respond to e-mail correspondence from counsel for Capital One re substitution order and mediation (.20) | 200.00 | 0.20 | 40.00 |
| 06/25/15 | GBT | Receive, review and analyze executed substitution order from counsel for Capital One (.10) | 200.00 | 0.10 | 20.00 |
| 06/25/15 | GBT | Review and respond to e-mail correspondence to co-counsel re status of mediation (.20) | 200.00 | 0.20 | 40.00 |
| 06/26/15 | GBT | Review and respond to e-mail correspondence from co-counsel re status of Plaintiff's initial written discovery (.10) | 200.00 | 0.10 | 20.00 |
| 06/30/15 | GBT | Prepare court-ordered joint status report regarding mediation (.60) | 200.00 | 0.60 | 120.00 |
| 06/30/15 | GBT | Prepare e-mail correspondence to co-counsel re joint status report following mediation (.10) | 200.00 | 0.10 | 20.00 |
| 06/30/15 | GBT | Review and respond to e-mail correspondence to all counsel re joint status report following mediation (.40) | 200.00 | 0.40 | 80.00 |
| 06/30/15 | GBT | Review court orders and correspondence to prepare court-ordered status report after mediation (.40) | 200.00 | 0.40 | 80.00 |
| 07/14/15 | GBT | Receive, review and analyze scheduling order (.20) | 200.00 | 0.20 | 40.00 |
| 07/14/15 | GBT | Prepare e-mail correspondence to Mr. Carnes re trial date, scheduling order, discovery responses and motion for summary judgment (.10) | 200.00 | 0.10 | 20.00 |
| 07/21/15 | GBT | Review and respond to e-mail correspondence from co-counsel re trial date, further settlement discussions and case status update (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**     **560.00**

## SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 2.80 | 560.00 |

## EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 07/05/15 | Cash Disbursement; Modern Express Courier: Delivery of Consent Order Granting Substitution of Attorney to US District Court Clerk's Office in San Francisco to comply with Judge's standing orders (Inv. #48387 B); Modern Express Courier c/o | | | 24.42 |
| | **TOTAL EXPENSES** | | | **24.42** |