Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

September 17, 2015  
URS-800050  
Invoice No: 122594  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.  
    Client:        United Recovery Systems, LP  
    Claimant:     Simonette D. Forto  
    Date of Loss:  12/27/2013  
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH AUGUST 17, 2015

| | |
|---|---:|
| Fees For Professional Services | 120.00 |
| **CURRENT BILL** | **$120.00** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/15 | GBT | Review and respond to e-mail correspondence from co-counsel Brandon Carnes re case status update (.10) | 200.00 | 0.10 | 20.00 |
| 08/05/15 | GBT | Receive, review and analyze e-mail correspondence from personal counsel for Capital One re case status update (.10) | 200.00 | 0.10 | 20.00 |
| 08/05/15 | GBT | Review and respond to e-mail correspondence from co-counsel re responses to Plaintiff's initial written discovery (.10) | 200.00 | 0.10 | 20.00 |
| 08/10/15 | GBT | Receive, review and analyze e-mail correspondence from personal counsel for Capital One and co-counsel re discovery extension (.10) | 200.00 | 0.10 | 20.00 |
| 08/17/15 | GBT | Receive, review and analyze e-mail correspondence from personal counsel re draft discovery responses (.20 - No Charge) | 0.00 | 0.20 | 0.00 |
| 08/17/15 | LOM | Receive, review and analyze email from co-counsel and reply to same (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　120.00

## SERVICES RECAP

| Atty | Name | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 0.00 | 0.20 | 0.00 |
| GBT | Gregory B. Thomas | 200.00 | 0.40 | 80.00 |
| LOM | Lauren O. Miller | 200.00 | 0.20 | 40.00 |