Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

November 6, 2015  
URS-800050  
Invoice No: 122819  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client: United Recovery Systems, LP
    Claimant: Simonette D. Forto
    Date of Loss: 12/27/2013
    Type of Law: Commercial

## BILLING SUMMARY THROUGH NOVEMBER 3, 2015

Fees For Professional Services      1,720.00

**CURRENT BILL**      **$1,720.00**

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/14/15 | GBT | Review and respond to e-mail correspondence from Mr. Brandon Carnes and counsel for Capital One re initial discovery responses (.20) | 200.00 | 0.20 | 40.00 |
| 09/14/15 | GBT | Receive, review and analyze Capital One's responses to Plaintiff's requests for admissions and request for production documents (.60) | 200.00 | 0.60 | 120.00 |
| 09/14/15 | GBT | Review and respond to e-mail correspondence from personal counsel for Capital One re initial document production (.20) | 200.00 | 0.20 | 40.00 |
| 09/15/15 | GBT | Telephone call with personal counsel for URS re status of discovery responses (.20) | 200.00 | 0.20 | 40.00 |
| 09/15/15 | GBT | Review, revise and finalize Defendant Capitol One's responses to Plaintiff's initial written discovery responses (.70) | 200.00 | 0.70 | 140.00 |
| 09/15/15 | GBT | Review and respond to e-mail correspondence with personal counsel for URS re Capital One and URS's responses to Plaintiff's initial written discovery and related issues (.30) | 200.00 | 0.30 | 60.00 |
| 09/15/15 | GBT | Prepare letter to Plaintiff's counsel re Capitol One's responses to initial written discovery, partial document production, URS's responses to Plaintiff's requests for admissions and stating the remainder of production will follow under separate cover (.30) | 200.00 | 0.30 | 60.00 |
| 09/16/15 | GBT | Review and respond to e-mail correspondence with URS's personal counsel re additional discovery responses on behalf of URS (.20) | 200.00 | 0.20 | 40.00 |
| 09/18/15 | GBT | Review and respond to e-mail correspondence with Mr. Brandon Carnes, personal counsel for Defendant URS re status of URS's outstanding discovery responses (.10) | 200.00 | 0.10 | 20.00 |
| 09/22/15 | GBT | Receive, review and analyze e-mail correspondence from co-counsel re Plaintiff's objections to protective order (.10) | 200.00 | 0.10 | 20.00 |
| 09/22/15 | GBT | Receive, review and analyze e-mail correspondence from Mr. Brandon Carnes, personal counsel for URS, re responses to special interrogatories (.10) | 200.00 | 0.10 | 20.00 |
| 09/22/15 | GBT | Review and finalize URS's responses to Plaintiff's special interrogatories (.20) | 200.00 | 0.20 | 40.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/15 | GBT | Prepare e-mail correspondence to personal counsel re response to Plaintiff's request for production of documents (.10) | 200.00 | 0.10 | 20.00 |
| 09/29/15 | GBT | Review and respond to e-mail correspondence from personal counsel for Capitol One and URS re case status update, discovery plan, plaintiff's deposition and preparing motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 10/12/15 | GBT | Receive, review, analyze and revise proposed stipulated protective order (.40) | 200.00 | 0.40 | 80.00 |
| 10/12/15 | GBT | Review and respond to e-mail correspondence from personal counsel re stipulated protective order (.10) | 200.00 | 0.10 | 20.00 |
| 10/13/15 | GBT | Review and finalize proposed protective order (.30) | 200.00 | 0.30 | 60.00 |
| 10/13/15 | GBT | Telephone conference with personal counsel re case status update, proposed protective order and document production (.10) | 200.00 | 0.10 | 20.00 |
| 10/13/15 | GBT | Receive, review and analyze order from court granting proposed protective order (.10) | 200.00 | 0.10 | 20.00 |
| 10/14/15 | GBT | Review, revise and finalize response to Plaintiff's request for production of documents (.80) | 200.00 | 0.80 | 160.00 |
| 10/14/15 | GBT | Telephone conference with personal counsel re initial production of documents and confidentiality issues (.30) | 200.00 | 0.30 | 60.00 |
| 10/14/15 | GBT | Prepare letter to Plaintiff's counsel re URS's written response to request for production of documents, protective order and initial production (.30) | 200.00 | 0.30 | 60.00 |
| 10/30/15 | GBT | Telephone conference with personal counsel re revisions to Defendant URS's initial written discovery to Plaintiff, including request for production of documents, request for admissions and special interrogatories (.30) | 200.00 | 0.30 | 60.00 |
| 10/30/15 | GBT | Review and revise draft special interrogatories from Defendant URS to Plaintiff as requested by personal counsel (.40) | 200.00 | 0.40 | 80.00 |
| 10/30/15 | GBT | Review and revise request for production of documents from URS to Plaintiff as requested by personal counsel (.30) | 200.00 | 0.30 | 60.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/15 | GBT | Review and revise Request for Admissions from URS to Plaintiff as requested by personal counsel (.30) | 200.00 | 0.30 | 60.00 |
| 10/30/15 | GBT | Review and analysis of initial document productions to review and revise initial written discovery to Plaintiff (.50) | 200.00 | 0.50 | 100.00 |
| 10/30/15 | GBT | Review and respond to e-mail correspondence from personal counsel re revisions to initial URS discovery to Plaintiff (.20) | 200.00 | 0.20 | 40.00 |
| 10/30/15 | GBT | Receive, review and analyze e-mail correspondence from counsel for Capitol One re revisions to initial discovery (.10) | 200.00 | 0.10 | 20.00 |
| 11/02/15 | GBT | Review and respond to e-mail correspondence to counsel for Capitol One re defense theory in discovery to Plaintiff (.20) | 200.00 | 0.20 | 40.00 |
| 11/02/15 | GBT | Receive, review and analyze e-mail correspondence from personal counsel re defense theory of case (.10) | 200.00 | 0.10 | 20.00 |
| 11/03/15 | GBT | Receive, review and analyze e-mail correspondence from Plaintiff's counsel and personal counsel re discovery issues, document production, Person Most Knowledgeable depositions and Plaintiff's deposition (.20) | 200.00 | 0.20 | 40.00 |

| | | **TOTAL FOR SERVICES** | | | **1,720.00** |
|---|---|---|---|---|---|

| **SERVICES RECAP** | | | | |
|---|---|---|---|---|
| | | **Rate/Hour** | **Hours** | **Amount** |
| GBT | Gregory B. Thomas | 200.00 | 8.60 | 1,720.00 |