Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher
United Recovery Systems, LP
5800 North Course Dr.
Houston, TX 77072

December 10, 2015
URS-800050
Invoice No: 123029
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client: United Recovery Systems, LP
    Claimant: Simonette D. Forto
    Date of Loss: 12/27/2013
    Type of Law: Commercial

## BILLING SUMMARY THROUGH DECEMBER 1, 2015

| | |
|---|---:|
| Fees For Professional Services | 140.00 |
| **CURRENT BILL** | **$140.00** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/15 | GBT | Prepare e-mail correspondence to personal counsel re status of discovery and deposition of Plaintiff (.10) | 200.00 | 0.10 | 20.00 |
| 11/12/15 | GBT | Review and respond to e-mail correspondence from co-counsel and counsel for Capital One re Plaintiff's lengthy request for discovery extension (.20) | 200.00 | 0.20 | 40.00 |
| 11/13/15 | GBT | Receive, review and analyze e-mail correspondence from Plaintiff's counsel re discovery issues and request to continue discovery deadlines (.20) | 200.00 | 0.20 | 40.00 |
| 12/01/15 | GBT | Receive, review and analyze e-mail correspondence from personal counsel or Capitol One and URS re case status update and further litigation strategy (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**            **140.00**

## SERVICES RECAP

| Atty | Name | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 0.70 | 140.00 |