Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072  

February 17, 2016  
URS-800050  
Invoice No: 123280  
Gregory B. Thomas  

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client:         United Recovery Systems, LP
    Claimant:     Simonette D. Forto
    Date of Loss:  12/27/2013
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH FEBRUARY 9, 2016

| | |
|---|---:|
| Fees For Professional Services | 1,060.00 |
| Expenses and Advances | 70.80 |
| **CURRENT BILL** | **$1,130.80** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/15 | GBT | Receive, review and analyze e-mail correspondence from Plaintiff's counsel re discovery extension and further settlement negotiations (.10) | 200.00 | 0.10 | 20.00 |
| 12/21/15 | GBT | Receive, review and analyze e-mail correspondence from Plaintiff's counsel and personal counsel re case status update and settlement demand (.20) | 200.00 | 0.20 | 40.00 |
| 01/05/16 | GBT | Receive, review and analyze e-mail correspondence between Plaintiff's counsel and personal counsel re discovery and settlement negotiations (.20) | 200.00 | 0.20 | 40.00 |
| 01/13/16 | GBT | Prepare e-mail correspondence to personal counsel re closure of fact discovery (.10) | 200.00 | 0.10 | 20.00 |
| 01/13/16 | GBT | Review and analysis of local rules and Judge's standing orders for discovery disputes to provide information requested by personal counsel to prepare meet and confer effort to Plaintiff's counsel (.40) | 200.00 | 0.40 | 80.00 |
| 01/13/16 | GBT | Telephone conference with personal counsel re discovery dispute with Plaintiff (.30) | 200.00 | 0.30 | 60.00 |
| 01/13/16 | GBT | Review and analysis of pro hac vice rules to prepare pro hac vice application for Mr. Brandon Carnes (.40) | 200.00 | 0.40 | 80.00 |
| 01/13/16 | GBT | Review and respond to e-mail correspondence from local counsel re letter brief to extend discovery deadline and related issues (.30) | 200.00 | 0.30 | 60.00 |
| 01/13/16 | GBT | Review, revise and finalize letter brief to extend discovery deadline (.50) | 200.00 | 0.50 | 100.00 |
| 01/13/16 | GBT | Begin to prepare pro hac vice application for personal counsel Brandon Carnes (.10) | 200.00 | 0.10 | 20.00 |
| 01/18/16 | GBT | Telephone call to personal counsel re telephonic discovery hearing (.10) | 200.00 | 0.10 | 20.00 |
| 01/19/16 | GBT | Telephone conference with personal counsel re pro hac vice admission and discovery telephone conference (.30) | 200.00 | 0.30 | 60.00 |
| 01/19/16 | GBT | Attend discovery hearing via telephone (.70) | 200.00 | 0.70 | 140.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/19/16 | GBT | Receive, review and analyze e-mail correspondence from personal counsel for Capitol One and URS re case status update (.10) | 200.00 | 0.10 | 20.00 |
| 01/20/16 | GBT | Review and respond to e-mail correspondence from Mr. Brandon Carnes re discovery issues and strategies (.40) | 200.00 | 0.40 | 80.00 |
| 01/20/16 | GBT | Telephone conference with Mr. Brandon Carnes re discovery issues, litigation strategy and Plaintiff's deposition (.30) | 200.00 | 0.30 | 60.00 |
| 02/01/16 | GBT | Review and respond to e-mail correspondence from co-counsel re Plaintiff's deposition (.20) | 200.00 | 0.20 | 40.00 |
| 02/02/16 | GBT | Review and revise notice of taking Plaintiff's deposition and detailed request for production of documents (.50) | 200.00 | 0.50 | 100.00 |
| 02/02/16 | GBT | Prepare e-mail correspondence to personal counsel re pro hac vice application and notice of taking Plaintiff's deposition and request for production of documents (.10) | 200.00 | 0.10 | 20.00 |

**TOTAL FOR SERVICES**     **1,060.00**

### SERVICES RECAP

| Atty | Name | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 5.30 | 1,060.00 |

### EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | Copies (In-House) | 204 | 0.20 | 40.80 |
| 02/01/16 | Cash Disbursement; CourtCall, LLC: Telephonic court appearance on 1/19/16 (CCID #7384628); CourtCall, LLC |  |  | 30.00 |

**TOTAL EXPENSES**     **70.80**

# CourtCall Debit Ledger for 01/16/2016 through

## Debit Account Number CCDA-00-210

| TRAN DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / | FEE / $0.00 | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/16 | 2/16/16 | William Stanger | 7392674 | Colusa County Superior Court | Judge Jeffrey Thompson | McMahan v. Feather River/CV23954 | | $86.00 $0.00 | $86.00 | ($2,098.60) |

**Reference #** REM 27018

| 1/21/16 | 2/5/16 | Anne Baptiste | 7395923 | Sacramento County Superior Court | Judge Alan G. Perkins | Gill v. Beck Homes/34-2014-00172462 | | $86.00 $0.00 | $86.00 | ($2,012.60) |

**Reference #** TRISWI 27703

| 1/25/16 | 1/28/16 | Michael Biggans | 7401173 | Sonoma County Superior Court | Judge Allan D. Hardcastle | Gary Weeck vs. Stewart & Sachs/254794 | | $86.00 $0.00 | $86.00 | ($1,926.60) |

**Reference #** YRKRSG 27726

| 1/26/16 | 2/16/16 | Ember Oparowski | 7403437 | Santa Clara County Superior Court | Judge Maureen A. Folan | D. Kroeger vs. Chaudhary/2015-1-CV-28717 4 | | $86.00 $0.00 | $86.00 | ($1,840.60) |

**Reference #** CRUSAD 27727

| 1/26/16 | 1/19/16 | Gregory Thomas | 7384628 | U.S. District Court-N.D. California (San Francisco) | Judge James Donato | Forto v. Capital One Bank, National Association, et al/14-cv-05611 | | $30.00 $0.00 | $30.00 | ($1,810.60) |

**Reference #** URS800050

| 1/26/16 | 2/9/16 | Gail Trabish | 7403942 | Contra Costa County Superior Court | Judge Jill C. Fannin | Samayoa v. Target/C15-01523 | | $86.00 $0.00 | $86.00 | ($1,724.60) |

**Reference #** SEDGWI 27715

| 1/28/16 | 2/8/16 | Jonathan Heck | 7408044 | Humboldt County Superior Court | Judge Dale A. Reinholtsen(2:00) | North American Elite Insurance Company vs. The Roof Doctor of Humboldt County/DR130707 | | $86.00 $0.00 | $86.00 | ($1,638.60) |

**Reference #** SWISRE 27587

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

OLS-16003