Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

March 29, 2016  
URS-800050  
Invoice No: 123509  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.  
    Client:        United Recovery Systems, LP  
    Claimant:     Simonette D. Forto  
    Date of Loss:  12/27/2013  
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH MARCH 7, 2016

| | |
|---|---:|
| Fees For Professional Services | 200.00 |
| Expenses and Advances | 307.80 |
| **CURRENT BILL** | **$507.80** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/25/16 | GBT | Review and respond to e-mail correspondence from co-counsel re Plaintiff's deposition (.30) | 200.00 | 0.30 | 60.00 |
| 03/01/16 | GBT | Telephone call to co-counsel re Plaintiff's deposition (.10) | 200.00 | 0.10 | 20.00 |
| 03/04/16 | GBT | Review and respond to e-mail correspondence from co-counsel re discovery issues (.20) | 200.00 | 0.20 | 40.00 |
| 03/07/16 | GBT | Receive, review and analyze extensive e-mail correspondence from personal counsel and counsel for Capital One re Plaintiff's deposition and dispositive motion issues (.40) | 200.00 | 0.40 | 80.00 |

**TOTAL FOR SERVICES** **200.00**

## SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 1.00 | 200.00 |

## EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Copies (In-House) | 14 | 0.20 | 2.80 |
| 02/16/16 | Cash Disbursement; U.S. District Court California Northern District: Filing Fee for Motion for leave to appear in Pro Hac Vice for Brandon Carnes; Elan | | | 305.00 |

**TOTAL EXPENSES** **307.80**

Sent: Tuesday, February 02, 2016 5:05 PM
To: Brenda J. Bruessard
Subject: Pay.gov Payment Confirmation: CAND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25POBFCS
Agency Tracking ID: 0971-10183357
Transaction Type: Sale
Transaction Date: Feb 2, 2016 8:04:49 PM

Account Holder Name: Linda Rockwell
Transaction Amount: $305.00
Card Type: Visa
Card Number: ************7496

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
U.S. District Court
California Northern District
Notice of Electronic Filing

The following transaction was entered by Thomas, Gregory on 2/2/2016 at 5:05 PM PST and filed on 2/2/2016

Case Name: Forto v. Capital One Bank, National Association et al — URS - 800050
Case Number: 3:14-cv-05611-JD
2/16/16

Filer: Capital One Bank, National Association
United Recovery Systems, L.P.
Document Number: 40

Docket Text:
MOTION for leave to appear in Pro Hac Vice for Brandon Carnes ( Filing fee $ 305, receipt number 0971-10183357.) filed by Capital One Bank, National Association, United Recovery Systems, L.P.. (Attachments: # (1) Exhibit Certificate of Admission to the Bar of Ilinois)(Thomas, Gregory) (Filed on 2/2/2016)