Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

May 23, 2016  
URS-800050  
Invoice No: 123761  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client: United Recovery Systems, LP
    Claimant: Simonette D. Forto
    Date of Loss: 12/27/2013
    Type of Law: Commercial

## BILLING SUMMARY THROUGH MAY 16, 2016

| | |
|---|---:|
| Fees For Professional Services | 900.00 |
| Expenses and Advances | 6.60 |
| **CURRENT BILL** | **$906.60** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/28/16 | GBT | Review and respond to e-mail correspondence from co-counsel and personal counsel re issues with dispositive motions (.20) | 200.00 | 0.20 | 40.00 |
| 04/29/16 | GBT | Review and respond to e-mail correspondence from defense counsel and personal counsel re motion to extend dispositive motion deadline, local rules, motion for summary judgment and related issues (.30) | 200.00 | 0.30 | 60.00 |
| 04/29/16 | GBT | Review and revise motion for extension of dispositive motion deadline (.30) | 200.00 | 0.30 | 60.00 |
| 05/04/16 | GBT | Prepare e-mail correspondence to co-counsel re request for extension an deadline to file dispositive motions (.20) | 200.00 | 0.20 | 40.00 |
| 05/05/16 | GBT | Review and revise personal counsel's request for extension of time to extend deadline for dispositive motions (.20) | 200.00 | 0.20 | 40.00 |
| 05/09/16 | GBT | Prepare e-mail correspondence to Brandon Carnes, Esq. re motion for extension (.10) | 200.00 | 0.10 | 20.00 |
| 05/10/16 | GBT | Review and respond to e-mail correspondence from defense counsel re motion for extension and motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 05/11/16 | GBT | Receive, review and analyze e-mail correspondence from defense counsel re draft motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 05/12/16 | GBT | Review and revise reply to opposition to motion for extension of deadline for filing dispositive motions (.40) | 200.00 | 0.40 | 80.00 |
| 05/12/16 | GBT | Telephone conference with co-counsel re reply to opposition to motion for extension of deadline to file dispositive motions and motion for summary judgment strategy (.30) | 200.00 | 0.30 | 60.00 |
| 05/12/16 | GBT | Receive, review and analyze order denying motion for extension of deadline for filing dispositive motions (.10) | 200.00 | 0.10 | 20.00 |
| 05/16/16 | GBT | Review and revise motion for summary judgment and supporting documentation (.90) | 200.00 | 0.90 | 180.00 |
| 05/16/16 | GBT | Review and respond to e-mail correspondence from national counsel re motion for summary judgment (.50) | 200.00 | 0.50 | 100.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/16/16 | GBT | Review and analysis of local rules and Judge Donato's standing orders to ensure compliance with summary judgment procedures (.40) | 200.00 | 0.40 | 80.00 |
| | | **TOTAL FOR SERVICES** | | | **900.00** |

### SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---:|---:|---:|
| GBT | Gregory B. Thomas | 200.00 | 4.50 | 900.00 |

### EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---:|---:|---:|
| | Copies (In-House) | 33 | 0.20 | 6.60 |
| | **TOTAL EXPENSES** | | | **6.60** |