Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher
United Recovery Systems, LP
5800 North Course Dr.
Houston, TX 77072

June 27, 2016
URS-800050
Invoice No: 123926
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
Client:        United Recovery Systems, LP
Claimant:      Simonette D. Forto
Date of Loss:  12/27/2013
Type of Law:   Commercial

## BILLING SUMMARY THROUGH JUNE 8, 2016

| | |
|---|---|
| Fees For Professional Services | 1,680.00 |
| Expenses and Advances | 214.40 |
| **CURRENT BILL** | **$1,894.40** |

| | | PROFESSIONAL SERVICES | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Rate** | **Hours** | **Amount** |
| 05/17/16 | GBT | Review and prepare exhibits in support of motion for summary judgment to evaluate compliance with local rules (.80) | 200.00 | 0.80 | 160.00 |
| 05/17/16 | GBT | Multiple telephone conferences with national counsel, Brandon Carnes, re additional declarations to support motion for summary judgment and provide necessary foundation for certain exhibits (.50) | 200.00 | 0.50 | 100.00 |
| 05/17/16 | GBT | Review and respond to e-mail correspondence from national counsel and Cap One's personal counsel re motion for summary judgment, supporting declarations and evidentiary issues (.60) | 200.00 | 0.60 | 120.00 |
| 05/17/16 | GBT | Follow-up telephone conference with national counsel for URS re further revisions to motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 05/17/16 | GBT | Receive, review and analyze declaration of counsel in support of motion for summary judgment (.10) | 200.00 | 0.10 | 20.00 |
| 05/17/16 | GBT | Continue to review and revise motion for summary judgment (.50) | 200.00 | 0.50 | 100.00 |
| 05/17/16 | GBT | Receive, review and analyze e-mail correspondence from personal counsel for Capital One and declaration of Capitol One in support of motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 06/01/16 | GBT | Review court's docket, filings and court hearing and deadlines to confirm whether Plaintiff filed an opposition to our motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 06/01/16 | GBT | Review and respond to e-mail correspondence from national counsel for URS re Plaintiff's failure to timely file an opposition to defendants' motion for summary judgment (.20) | 200.00 | 0.20 | 40.00 |
| 06/02/16 | GBT | Review and respond to extensive e-mail correspondence with national counsel for URS and local counsel for CapitalOne re Plaintiff's late opposition to motion for summary judgment and reply issues and strategies (.90) | 200.00 | 0.90 | 180.00 |
| 06/02/16 | GBT | Telephone call to national counsel for URS re Plaintiff's opposition to motion for summary judgment (.10) | 200.00 | 0.10 | 20.00 |
| 06/02/16 | GBT | Review and analysis of Plaintiff's opposition to motion for summary judgment and supporting declaration thereto to develop reply strategies and arguments (1.10) | 200.00 | 1.10 | 220.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 06/06/16 | GBT | Review and analyze local rule requirements re objections to opposition evidence per request of URS's national counsel to prepare reply arguments to Plaintiff's opposition to motion for summary judgment (.40) | 200.00 | 0.40 | 80.00 |
| 06/06/16 | GBT | Receive, review and analyze draft reply to opposition to motion for summary judgment (.50) | 200.00 | 0.50 | 100.00 |
| 06/07/16 | GBT | Receive, review and analyze proposed revisions to reply to opposition to motion for summary judgment from personal counsel for Capital One (.30) | 200.00 | 0.30 | 60.00 |
| 06/07/16 | GBT | Review and respond to e-mail correspondence from URS's national counsel, Brandon Carnes, re reply to opposition to motion for summary judgment, exhibits, evidentiary objections, arguments and local rule issues (.40) | 200.00 | 0.40 | 80.00 |
| 06/07/16 | GBT | Review, revise and finalize reply to opposition to motion for summary judgment (.70) | 200.00 | 0.70 | 140.00 |
| 06/08/16 | GBT | Prepare e-mail correspondence to national counsel for URS re motion for summary judgment hearing (.10) | 200.00 | 0.10 | 20.00 |
| 06/08/16 | GBT | Review and respond to e-mail correspondence from personal counsel for Defendant Capital One re reply to motion for summary judgment (.10) | 200.00 | 0.10 | 20.00 |
| 06/08/16 | GBT | Receive, review and analyze declaration of Plaintiff's counsel in response to reply to opposition to motion for summary judgment (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**     **1,680.00**

| SERVICES RECAP | | | |
|-----------------|---|---|---|
| | | Rate/Hour | Hours | Amount |
| GBT | Gregory B. Thomas | 200.00 | 8.40 | 1,680.00 |

| EXPENSES | | | | |
|----------|---|---|---|---|
| Date | Description | Qty | Rate | Amount |
| | Copies (In-House) | 1072 | 0.20 | 214.40 |

**TOTAL EXPENSES**     **214.40**