Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

September 30, 2016  
URS-800050  
Invoice No: 124408  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client:          United Recovery Systems, LP  
    Claimant:      Simonette D. Forto  
    Date of Loss:  12/27/2013  
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH SEPTEMBER 14, 2016

| | |
|---|---:|
| Fees For Professional Services | 800.00 |
| Expenses and Advances | 8.60 |
| **CURRENT BILL** | **$808.60** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/16/16 | GBT | Receive, review and analyze order form Court re ruling on motion for summary judgment suitable without oral argument (.10) | 200.00 | 0.10 | 20.00 |
| 09/02/16 | GBT | Review and respond to e-mail correspondence from all counsel re potential continuation of trial pending ruling on motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 09/06/16 | AAV | Review and analysis of Northern District of California Court Rules and Judge James Donato's Standing Orders in preparation for drafting stipulation and proposed order continue trial date (.60) | 200.00 | 0.60 | 120.00 |
| 09/06/16 | AAV | Review and analysis of Federal Rule of Civil Procedure 16 in preparation for drafting stipulation and proposed order to continue trial date (.40) | 200.00 | 0.40 | 80.00 |
| 09/06/16 | AAV | Review and analysis of Defendants' Motion for Summary Judgment in preparation for drafting stipulation to continue trial date (.50) | 200.00 | 0.50 | 100.00 |
| 09/06/16 | AAV | Prepare draft stipulation of all parties to continue pretrial conference and trial dates (1.60) | 200.00 | 1.60 | 320.00 |
| 09/06/16 | AAV | Prepare proposed order to continue trial date pursuant to the parties' joint stipulation (.20) | 200.00 | 0.20 | 40.00 |
| 09/07/16 | GBT | Review and revise stipulation to continue trial pending ruling on motion for summary judgment (.20) | 200.00 | 0.20 | 40.00 |
| 09/14/16 | GBT | Receive, review and analyze e-mail correspondence from personal counsel for Capital One re 60-day update prior to trial for Capital One (.10) | 200.00 | 0.10 | 20.00 |

**TOTAL FOR SERVICES**     **800.00**

## SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 0.70 | 140.00 |
| AAV | Adam A. Vukovic | 200.00 | 3.30 | 660.00 |

## EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|

|  |  |  |  |
|---|---:|---:|---:|
| Copies (In-House) | 43 | 0.20 | 8.60 |
|  | **TOTAL EXPENSES** |  | **8.60** |