Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher  
United Recovery Systems, LP  
5800 North Course Dr.  
Houston, TX 77072

December 14, 2016  
URS-800050  
Invoice No: 124774  
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client:        United Recovery Systems, LP
    Claimant:     Simonette D. Forto
    Date of Loss:  12/27/2013
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH NOVEMBER 11, 2016

| | |
|---|---:|
| Fees For Professional Services | 220.00 |
| Expenses and Advances | 0.60 |
| **CURRENT BILL** | **$220.60** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/16 | AAV | Review Judge Donato's standing order to ensure compliance with filing stipulation and proposed order continuing the trial date (.20) | 200.00 | 0.20 | 40.00 |
| 09/26/16 | AAV | Email to counsel for Plaintiff requesting confirmation for filing of stipulation and proposed order to continue trial date (.10) | 200.00 | 0.10 | 20.00 |
| 09/26/16 | AAV | Receive and review email from Plaintiff's counsel confirming consent to file stipulation and proposed order to continue the trial date (.10) | 200.00 | 0.10 | 20.00 |
| 10/04/16 | GBT | Receive, review and analyze order vacating trial date pending resolution of motion for summary judgment (.10) | 200.00 | 0.10 | 20.00 |
| 10/04/16 | GBT | Review and respond to e-mail correspondence from co-counsel and personal counsel re motion for summary judgment and trial issues (.30) | 200.00 | 0.30 | 60.00 |
| 10/04/16 | AAV | Receive and review notice from the court that all pretrial and trial dates have been vacated pending resolution of summary judgment motion (.10) | 200.00 | 0.10 | 20.00 |
| 11/11/16 | GBT | Review and respond to e-mail correspondence from personal counsel re case status update (.20) | 200.00 | 0.20 | 40.00 |

**TOTAL FOR SERVICES**      **220.00**

## SERVICES RECAP

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 0.60 | 120.00 |
| AAV | Adam A. Vukovic | 200.00 | 0.50 | 100.00 |

## EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Copies (In-House) | 3 | 0.20 | 0.60 |

**TOTAL EXPENSES**      **0.60**