Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

| | |
|---|---|
| Mr. Michael S. Kelleher<br>United Recovery Systems, LP<br>5800 North Course Dr.<br>Houston, TX 77072 | April 24, 2017<br>URS-800050<br>Invoice No: 125315<br>Gregory B. Thomas |

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client:         United Recovery Systems, LP
    Claimant:     Simonette D. Forto
    Date of Loss:  12/27/2013
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH APRIL 6, 2017

| | |
|---|---:|
| Fees For Professional Services | 1,900.00 |
| Expenses and Advances | 95.80 |
| **CURRENT BILL** | **$1,995.80** |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 03/20/17 | GBT | Receipt, review and analysis of order granting motion for summary judgment (.30) | 200.00 | 0.30 | 60.00 |
| 03/20/17 | GBT | Review and respond to e-mail correspondence with co-counsel and counsel for Capital One re order granting motion for summary judgment and next steps (.30) | 200.00 | 0.30 | 60.00 |
| 03/21/17 | GBT | Review and respond to e-mail correspondence from co-counsel and counsel for Capital One re motion for attorneys fees and judgment (.40) | 200.00 | 0.40 | 80.00 |
| 03/21/17 | GBT | Receipt, review and analysis of judgment in favor of defendants and against Plaintiff (.10) | 200.00 | 0.10 | 20.00 |
| 03/29/17 | GBT | Review and respond to e-mail correspondence from co-counsel and counsel for Capital One re motion for attorneys fees (.30) | 200.00 | 0.30 | 60.00 |
| 03/31/17 | GBT | Review and respond to e-mail correspondence from co-counsel for motion for attorney fees (.30) | 200.00 | 0.30 | 60.00 |
| 03/31/17 | GBT | Review and evaluate invoices to prepare motion for attorney fees (.30) | 200.00 | 0.30 | 60.00 |
| 04/03/17 | GBT | Receipt, review and analysis of e-mail correspondence from co-counsel re motion for attorneys' fees (.20) | 200.00 | 0.20 | 40.00 |
| 04/03/17 | GBT | Review and analysis of draft motion for attorney's fees (.40) | 200.00 | 0.40 | 80.00 |
| 04/03/17 | GBT | Review and analysis of admissibility of settlement negotiations in connection with motion for attorney fees (.30) | 200.00 | 0.30 | 60.00 |
| 04/03/17 | GBT | Review and respond to e-mail correspondence from co-counsel re draft motion for attorneys' fees and related issues (.30) | 200.00 | 0.30 | 60.00 |
| 04/04/17 | GBT | Review and analysis of final draft of motion for attorneys fees and related exhibits (.70) | 200.00 | 0.70 | 140.00 |
| 04/04/17 | GBT | Review and revise declaration of Gregory B. Thomas, Esq. in support of motion for attorneys fees (.40) | 200.00 | 0.40 | 80.00 |
| 04/04/17 | GBT | Review and respond to e-mail correspondence from co-counsel re motion for attorney fees and cost bill issues (.50) | 200.00 | 0.50 | 100.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/04/17 | GBT | Finalize motion for attorney fees (.50) | 200.00 | 0.50 | 100.00 |
| 04/04/17 | GBT | Prepare proposed order in support of motion for attorney fees (.20) | 200.00 | 0.20 | 40.00 |
| 04/04/17 | GBT | Telephone conference with co-counsel Brandon Carnes re motion for attorneys fees and cost bill (.20) | 200.00 | 0.20 | 40.00 |
| 04/04/17 | SVC | Prepare email correspondence to co-defense counsel re: requesting supporting documentation for bill of costs (.20); Receive and respond to email correspondence from co-defense counsel re: supporting documentation for bill of costs (.30); Review and analyze supporting documentation provided by co-defense counsel, in support of bill of costs (.30); Prepare email correspondence to co-defense counsel re: requesting additional information regarding one of the costs being claimed, and review response to same (.30); Review and analyze Northern District of California Civil Local Rules, in preparation for cost bill (.60); Prepare cost bill (.80); Prepare itemization of costs, per Local Rule 54-1 (.70); Review, analyze, and organize supporting documentation for bill of costs (.60) | 200.00 | 3.80 | 760.00 |

**TOTAL FOR SERVICES**     **1,900.00**

**SERVICES RECAP**

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| GBT | Gregory B. Thomas | 200.00 | 5.70 | 1,140.00 |
| SVC | Sophia V. Cohn | 200.00 | 3.80 | 760.00 |

**EXPENSES**

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Copies (In-House) | 479 | 0.20 | 95.80 |

**TOTAL EXPENSES**     **95.80**