Law Offices
# BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

P.O. Box 12925
Oakland, California 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

Tax ID 94-2247953

Mr. Michael S. Kelleher
United Recovery Systems, LP
5800 North Course Dr.
Houston, TX 77072

June 8, 2017
URS-800050
Invoice No: 125539
Gregory B. Thomas

RE: Forto, Simonette D. v. Capital One Bank, et al.
    Client:         United Recovery Systems, LP
    Claimant:     Simonette D. Forto
    Date of Loss:  12/27/2013
    Type of Law:  Commercial

## BILLING SUMMARY THROUGH MAY 17, 2017

| | |
|---|---:|
| Fees For Professional Services | 1,420.00 |
| Expenses and Advances | 45.29 |
| **CURRENT BILL** | **$1,465.29** |

| | | **PROFESSIONAL SERVICES** | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Rate | Hours | Amount |
| 04/11/17 | GBT | Receipt, review and analysis of e-mail correspondence from personal counsel for Capital One re withdrawing from motion for attorney fees (.10) | 200.00 | 0.10 | 20.00 |
| 04/11/17 | GBT | Telephone call with co-counsel for URS re Capital One's request to withdraw from motion for attorney fees (.30) | 200.00 | 0.30 | 60.00 |
| 04/11/17 | GBT | Review and respond to e-mail correspondence from personal counsel for Capital One re content of notice of withdrawing from motion for attorney fees (.30) | 200.00 | 0.30 | 60.00 |
| 04/12/17 | AAV | Review and evaluate Motion for Fees and Costs in preparation for review and consideration of Capital One's Notice of Withdrawal from Motion (.40) | 200.00 | 0.40 | 80.00 |
| 04/12/17 | AAV | Review and analysis of federal and local law regarding withdrawal of motion (.30) | 200.00 | 0.30 | 60.00 |
| 04/12/17 | GBT | Review and respond to e-mail correspondence from counsel for Capital One and co-counsel re Capital One's notice of motion with withdraw motion for attorney's fees (.40) | 200.00 | 0.40 | 80.00 |
| 04/12/17 | AAV | Revise and edit Capital One's proposed Notice of Withdrawal from Joint Motion for Fees and Costs (.30) | 200.00 | 0.30 | 60.00 |
| 04/12/17 | AAV | Review and analysis strategy for Capital One's unilateral withdrawal from Joint Motion for Fees and Costs and its effect on URS's own motion moving forward (.40) | 200.00 | 0.40 | 80.00 |
| 04/13/17 | GBT | Receipt, review and analysis of e-mail correspondence from Plaintiff's counsel requesting defense bills (.10) | 200.00 | 0.10 | 20.00 |
| 04/13/17 | GBT | Receipt, review and analysis of e-mail correspondence from co-counsel re legal strategy to respond to Plaintiff's request for defense bills in connection with fee motion (.10) | 200.00 | 0.10 | 20.00 |
| 04/13/17 | GBT | Perform review and analysis to develop legal strategy to respond to Plaintiff's request for defense bills in connection with fee motion (.40) | 200.00 | 0.40 | 80.00 |
| 04/13/17 | GBT | Telephone conference with co-counsel re legal strategy to respond to Plaintiff's request for defense bills in connection with fee motion (.10) | 200.00 | 0.10 | 20.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/17 | GBT | Receipt, review and analysis of Plaintiff's opposition to motion for attorney fees (.80) | 200.00 | 0.80 | 160.00 |
| 04/19/17 | GBT | Review and respond to e-mail correspondence from personal counsel re Plaintiff's opposition to motion for attorney's fees and reply thereto (.20) | 200.00 | 0.20 | 40.00 |
| 04/20/17 | GBT | Receipt, review and analysis of minute order from court reassigning fee motion to Magistrate Judge Maria-Elena James (.10) | 200.00 | 0.10 | 20.00 |
| 04/21/17 | GBT | Review and respond to e-mail correspondence from personal counsel for Capital One re Capital One's withdrawal from fee motion (.20) | 200.00 | 0.20 | 40.00 |
| 04/24/17 | GBT | Review and respond to e-mail correspondence from co-counsel for URS re fee motion (.40) | 200.00 | 0.40 | 80.00 |
| 04/24/17 | GBT | Prepare e-mail correspondence to Magistrate Judge Maria-Elena's James' chambers re order assigning fee dispute (.20) | 200.00 | 0.20 | 40.00 |
| 04/24/17 | GBT | Review and respond to e-mail correspondence from co-counsel re issues related to reply brief in support of fee motion in light of Judge Donato's referral of the fee motion to Magistrate Judge James (.20) | 200.00 | 0.20 | 40.00 |
| 04/25/17 | GBT | Receipt, review and analysis of e-mail correspondence from personal counsel for Capital One re withdrawal of motion for attorney fees (.10) | 200.00 | 0.10 | 20.00 |
| 04/25/17 | GBT | Review and respond to e-mail correspondence from co-counsel re reply brief in support of motion for attorneys fees (.20) | 200.00 | 0.20 | 40.00 |
| 04/25/17 | GBT | Review and revise reply to Plaintiff's opposition to motion for attorney fees (.50) | 200.00 | 0.50 | 100.00 |
| 05/01/17 | GBT | Receipt, review and analysis of Plaintiff's "objections" to URS's reply to opposition to motion for attorney fees (.50) | 200.00 | 0.50 | 100.00 |
| 05/01/17 | GBT | Review and analysis of local rules re requirements for objection to evidence in reply briefs to respond to question from co-counsel Brandon Carnes re same (.30) | 200.00 | 0.30 | 60.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/17 | GBT | Review and respond to e-mail correspondence from co-counsel re litigation strategy and whether to respond to Plaintiff's "objections" to reply evidence in connection with reply to opposition to motion for fees (.20) | 200.00 | 0.20 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTAL FOR SERVICES** | | | **1,420.00** |

| SERVICES RECAP | | | | |
|---|---|---|---|---|
| | | **Rate/Hour** | **Hours** | **Amount** |
| GBT | Gregory B. Thomas | 200.00 | 5.70 | 1,140.00 |
| AAV | Adam A. Vukovic | 200.00 | 1.40 | 280.00 |

| EXPENSES | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Qty** | **Rate** | **Amount** |
| | Copies (In-House) | 60 | 0.20 | 12.00 |
| 04/17/17 | Cash Disbursement; FedEx: Delivery of Chambers Copy of Motion for Attorneys' Fees to Judge James Donato at the United States District Court (Sent by L. Nicolini on 4/5/17); FedEx, Inc. | | | 18.27 |
| 05/17/17 | Cash Disbursement; FedEx, Inc.: Delivery of Chambers Copy Reply Brief Motion In Support of Motion for Attorney Fees and Costs to Judge James Donato at the United States District Court (Sent by Lorri Nicolini on 4/26/17); FedEx, Inc. | | | 15.02 |
| | **TOTAL EXPENSES** | | | **45.29** |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Apr 05, 2017  **Cust. Ref.:** TRISWI 27535  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $177.44
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 778835344673 | Christopher Brumfiel, Esq. | J. Scott Workman | |
| Service Type | FedEx Priority Overnight | BOORNAZIAN, JENSEN & GARTHE | Workman Bros. Development Co. | |
| Package Type | FedEx Envelope | 555 12TH STREET | 4621 Rancho Laguna Bend | |
| Zone | 04 | OAKLAND CA 94607 US | SAN DIEGO CA 92130 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | *Letter w/reimbursement* | 33.86 |
| Delivered | Apr 06, 2017 10:01 | Residential Delivery | | 3.85 |
| Svc Area | A1 | Fuel Surcharge | | 0.71 |
| Signed by | see above | Automation Bonus Discount | | -5.08 |
| FedEx Use | 000000000/208/02 | Earned Discount | | -6.77 |
| | | **Total Charge** | USD | **$26.57** |

**Ship Date:** Apr 05, 2017  **Cust. Ref.:** 800050  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $177.44
- Customer Security Delay
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 778835725830 | Lorri Nicolini | Hon. James Donato | |
| Service Type | FedEx Priority Overnight | Boornazian Jensen & Garthe | United States District Court | |
| Package Type | FedEx Pak | 555 12th Street | 450 Golden Gate Ave. | |
| Zone | 02 | OAKLAND CA 94607 US | SAN FRANCISCO CA 94102 US | |
| Packages | 1 | | *Atty's Fees* | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 26.94 |
| Declared Value | USD 100.00 | Declared Value Charge | *Chambers copy* | 0.00 |
| Delivered | Apr 06, 2017 12:15 | Automation Bonus Discount | *Mtn for* | -4.04 |
| Svc Area | A4 | Fuel Surcharge | | 0.49 |
| Signed by | S.ANDY | Earned Discount | | -5.12 |
| FedEx Use | 000000000/1486/04 | **Total Charge** | USD | **$18.27** |

**Ship Date:** Apr 07, 2017  **Cust. Ref.:** AWAC 27887  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $177.44
- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 778852166778 | Christopher Brumfiel, Esq. | Douglas Winter, Esq. | |
| Service Type | FedEx Priority Overnight | BOORNAZIAN, JENSEN & GARTHE | Law Offices of Douglas Winter | |
| Package Type | FedEx Envelope | 555 12TH STREET | 8788 Elk Brove Bbld., | |
| Zone | 02 | OAKLAND CA 94607 US | ELK GROVE CA 95624 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | *Reply Brief* | 22.28 |
| Delivered | Apr 10, 2017 09:55 | Earned Discount | | -4.46 |
| Svc Area | A2 | Automation Bonus Discount | | -3.34 |
| Signed by | D.WINTER | Fuel Surcharge | | 0.40 |
| FedEx Use | 000000000/186/_ | **Total Charge** | USD | **$14.88** |



OLS-19642

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Apr 26, 2017  **Cust. Ref.:** 800050  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $180.83
- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2

*[Handwritten: Chambers copy Reply brief Mtn Atty's fees]*

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Lorri Nicolini | Hon. James Donato | |
| Tracking ID | 779002312258 | Boornazian Jensen & Garthe | United States District Court | |
| Service Type | FedEx Priority Overnight | 555 12th Street | 450 Golden Gate Ave. | |
| Package Type | FedEx Envelope | OAKLAND CA 94607 US | SAN FRANCISCO CA 94102 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.28 |
| Declared Value | USD 100.00 | Declared Value Charge | | 0.00 |
| Delivered | Apr 27, 2017 10:22 | Earned Discount | | -4.46 |
| Svc Area | A4 | Automation Bonus Discount | | -3.34 |
| Signed by | E.ELLEN | Fuel Surcharge | | 0.54 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$15.02** |

**Ship Date:** Apr 26, 2017  **Cust. Ref.:** 27720  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $180.83
- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2

*[Handwritten: 27720 demand for Arb. fees]*

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Yolanda Nesbitt | Ms Tina Oja | |
| Tracking ID | 779002582672 | Boornazian Jensen & Garthe | JAMS | |
| Service Type | FedEx Priority Overnight | 555 12th Street | 2 Embarcadero Ctr | |
| Package Type | FedEx Envelope | OAKLAND CA 94607 US | SAN FRANCISCO CA 94111 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.28 |
| Declared Value | USD 100.00 | Declared Value Charge | | 0.00 |
| Delivered | Apr 27, 2017 09:36 | Automation Bonus Discount | | -3.34 |
| Svc Area | A1 | Earned Discount | | -4.46 |
| Signed by | J.PARODI | Fuel Surcharge | | 0.54 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$15.02** |

**Ship Date:** Apr 27, 2017  **Cust. Ref.:** 27350  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $180.83
- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2

*[Handwritten: 27350 letter enclosing check $65,322]*

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Yolanda Nesbitt | Aaron J. Ehrlich, Esq. | |
| Tracking ID | 779011538990 | Boornazian Jensen & Garthe | Berding & Weil | |
| Service Type | FedEx Priority Overnight | 555 12th Street | 2175 North California Blvd. | |
| Package Type | FedEx Envelope | OAKLAND CA 94607 US | WALNUT CREEK CA 94596 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.28 |
| Declared Value | USD 50.00 | Declared Value Charge | | 0.00 |
| Delivered | Apr 28, 2017 10:09 | Automation Bonus Discount | | -3.34 |
| Svc Area | A2 | Earned Discount | | -4.46 |
| Signed by | T.SHINN | Fuel Surcharge | | 0.54 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$15.02** |



OLS-20583



## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 9 | 3.0 | 238.32 | 5.79 | | -82.48 | 161.63 |
| **Total FedEx Express** | 9 | 3.0 | $238.32 | $5.79 | | -$82.48 | $161.63 |

| | | | | |
|---|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **USD** | **$161.63** |

1124-01-00-0038313-0002-0099899