# ROCK FUSCO & CONNELLY, LLC

321 North Clark Street
Suite 2200
Chicago, IL   60654
(312) 494-1000
FEIN No. 32-0129605

September 20, 2017

United Recovery Systems, Inc.
Attn: Mr. Michael Strachan
5800 North Course Drive
Houston, TX  77072

Client No:  029473
Matter No:  00046
Invoice No:  32390      BAC
Billed Through:  08/31/2017

*REMITTANCE COPY*

**Re: Simonette D. Forto v. Capital One Bank**
    **Case No: 4:14-cv-05611;USDC, ND of CA**

| | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $54,225.00 |
| TOTAL DISBURSEMENTS FOR THIS MATTER | $3,739.56 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL NEW CHARGES FOR THIS STATEMENT | $57,964.56 |

## PLEASE REMIT THIS COPY WITH PAYMENT.

## ROCK FUSCO & CONNELLY, LLC

321 North Clark Street
Suite 2200
Chicago, IL 60654
(312) 494-1000
FEIN No. 32-0129605

September 20, 2017

United Recovery Systems, Inc.
Attn: Mr. Michael Strachan
5800 North Course Drive
Houston, TX 77072

| | |
|---|---|
| Client No: | 029473 |
| Matter No: | 00046 |
| Invoice No: | 32390BAC |
| Billed Through: | 08/31/2017 |

**Re: Simonette D. Forto v. Capital One Bank**
     **Case No: 4:14-cv-05611;USDC, ND of CA**

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/15 | BAC | Confirm receipt of new complaint from client and that we will handle. Review new complaint and client's documents. | 0.40 hrs | $100.00 |
| 01/15/15 | BAC | Conduct phone call with Janet to discuss the new matter. | 0.20 hrs | $50.00 |
| 02/09/15 | PWC | Review complaint in preparation for drafting response thereto and conference with Brandon Carnes regarding the same. | 0.60 hrs | $150.00 |
| 02/09/15 | BAC | Discuss background of case file and case strategy with Janet DeYoung by phone. | 0.20 hrs | $50.00 |
| 02/25/15 | BAC | Consult with staff attorney on motion to dismiss strategy. Write email to client confirming understanding of background facts and requesting file. Write to opposing counsel discuss possibility of settlement. | 0.80 hrs | $200.00 |
| 02/26/15 | BAC | Review client recordings per request of paralegal due to inability to play. Listen to voicemail from client. Review client's written documents in advance of meeting with staff attorney to plan responsive pleading. Consult with staff attorney and discuss responsive pleading strategy and allegations contained in Complaint compared to client's documents. Write email to client requesting additional information. | 1.00 hrs | $250.00 |
| 02/26/15 | SWK | Research and analyze whether URS should file an answer or motion to dismiss complaint; discuss strategy with Brandon Carnes. Look for and engage local counsel in Northern District of California. Draft | 3.20 hrs | $640.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | stipulation of extension of time for URS to answer/plead; draft Rule 7 corporate disclosure; research applicable local rules. |  |  |
| 02/27/15 | BAC | Review draft stipulation and order for an extension of time. Edit accordingly. Send to local counsel requesting the same be filed. | 0.50 hrs | $125.00 |
| 02/27/15 | SWK | Finalize local counsel arrangement with law firm in N.D. of California; finalize initial pleadings and send to Brandon Carnes. | 0.50 hrs | $100.00 |
| 03/02/15 | BAC | Review revised stipulation for extension of time and rule 7 disclosure statement from local counsel. Respond to email regarding the same. | 0.20 hrs | $50.00 |
| 03/02/15 | BAC | Engage in multiple rounds of emails with local counsel and opposing counsel regarding "meet and confer" meeting and settlement negotiations. | 0.40 hrs | $100.00 |
| 03/04/15 | BAC | Consult with paralegal to arrange conference call this afternoon to comply with court's meet and confer deadlines. | 0.10 hrs | $25.00 |
| 03/04/15 | BAC | Review court order and local rules in advance of "meet and confer" phone call with opposing counsel. Review federal rule of civil procedure 26. Review case file.  Conduct phone call with local counsel in advance of meeting. Attend "meet and confer" meeting by telephone. | 0.50 hrs | $125.00 |
| 03/11/15 | BAC | Review emails from local counsel. Write response email providing attorney physical address of the client. Write follow-up email to opposing counsel to discuss settlement. Review court's local rules for initial disclosures and 26(f) report. - 0.4. Discuss co-defendant's tender of defense with Patrick Chinnery. - 0.1. Research tenders of defense. - 0.1. | 0.60 hrs | $150.00 |
| 03/11/15 | BAC | Review and respond to correspondence from local counsel regarding the status of pleadings and the status of co-defendant's tender offer. | 0.20 hrs | $50.00 |
| 03/13/15 | BAC | Conduct phone call with local counsel regarding Rule 26 initial disclosures and location of client documents. | 0.20 hrs | $50.00 |
| 03/13/15 | BAC | Review additional correspondence from local counsel regarding the 26(f) disclosures. | 0.20 hrs | $50.00 |
| 03/17/15 | BAC | Review and respond to correspondence from co-defendant and local counsel. Review Joint Case Management Statement prepared by the same. | 0.30 hrs | $75.00 |
| 03/18/15 | BAC | Respond to local counsel's email containing the Rule 26f report. | 0.10 hrs | $25.00 |
| 03/18/15 | SWK | Review local counsel's draft of Rule 26(f) disclosures; send email to Brandon Carnes. | 0.30 hrs | $60.00 |
| 03/20/15 | BAC | Write to opposing counsel regarding status of settlement. | 0.10 hrs | $25.00 |
| 03/23/15 | BAC | Write email to opposing counsel requesting phone call to discuss settlement. | 0.10 hrs | $25.00 |
| 03/24/15 | BAC | Conduct phone call with Janet DeYoung regarding status of case and evidence proving client's position; discuss opposing counsel's | 0.30 hrs | $75.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                  |          |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------|
|            |     | settlement offer. - 0.2. Write email to local counsel regarding preference for alternative dispute resolution. - 0.1.                                                                                                                                                                                                                                            |          |          |
| 03/25/15   | BAC | Review and respond to email inquiry from Janet DeYoung regarding the nature of CapOne's tender offer.                                                                                                                                                                                                                                                            | 0.10 hrs | $25.00   |
| 03/26/15   | BAC | Conduct phone call with local counsel regarding status of case. - 0.2. Conduct settlement phone call with opposing counsel. - 0.2.                                                                                                                                                                                                                               | 0.40 hrs | $100.00  |
| 03/27/15   | BAC | Draft answer to Complaint. Edit and revise; send to Patrick Chinnery for review. Discuss the same with Patrick Chinnery. Revise and edit based on his review.                                                                                                                                                                                                    | 3.10 hrs | $775.00  |
| 03/30/15   | PWC | Review and revise draft answer to complaint.                                                                                                                                                                                                                                                                                                                     | 1.10 hrs | $275.00  |
| 03/30/15   | BAC | Review formal tender of defense letter from Capital One and send the same to Janet DeYoung with analysis. - 0.3. Conduct lengthy phone call with Janet DeYoung regarding the same and our tender of proof to opposing counsel. - 0.3. Review Patrick Chinnery's edits to the Answer to Plaintiff's Complaint and implement the same. Send to local counsel for filing. - 0.4. | 1.00 hrs | $250.00  |
| 03/31/15   | BAC | Respond to email from local counsel confirming the answer had been filed.                                                                                                                                                                                                                                                                                        | 0.10 hrs | $25.00   |
| 03/31/15   | BAC | Listen to voicemail from Janet DeYoung regarding the indemnification of Capital One and respond to the same.                                                                                                                                                                                                                                                     | 0.20 hrs | $50.00   |
| 03/31/15   | BAC | Write correspondence to opposing counsel as to status of settlement. - 0.1. Write correspondence to co-defendant regarding possible extension of time to respond to the tender offer. - 0.2.                                                                                                                                                                     | 0.30 hrs | $75.00   |
| 04/01/15   | BAC | Conduct telephone call with local counsel to discuss status of court case hearing and status of matter generally. - 0.3. Review and respond to correspondence from local counsel and opposing counsel by email, enclosing certain client documents for review. - 0.5. Review correspondence from client regarding settlement and production of documents and respond to the same. - 0.2. Review correspondence from co-defendant summarizing status of case and requesting tender of defense and respond to the same. - 0.3. | 1.30 hrs | $325.00  |
| 04/02/15   | BAC | Write email to Janet DeYoung regarding the status of the case and Capital One's tender of defense. Conduct phone call with Janet DeYoung regarding the same.                                                                                                                                                                                                     | 0.40 hrs | $100.00  |
| 04/02/15   | BAC | Exchange series of emails with co-defendant and local counsel regarding tender of defense. Write Janet DeYoung and conduct phone call with her regarding the same.                                                                                                                                                                                               | 0.60 hrs | $150.00  |
| 04/03/15   | BAC | Write to opposing counsel to discuss status of case and frivolousness of Complaint.                                                                                                                                                                                                                                                                              | 0.10 hrs | $25.00   |
| 04/06/15   | BAC | Review email correspondence from opposing counsel regarding frivolousness of pleadings. Respond to the same by email.                                                                                                                                                                                                                                            | 0.30 hrs | $75.00   |
| 04/07/15   | PWC | Review and respond to emails with client regarding mediation.                                                                                                                                                                                                                                                                                                    | 0.20 hrs | $50.00   |
| 04/07/15   | BAC | Write to opposing counsel requesting settlement demand. - 0.1. Draft                                                                                                                                                                                                                                                                                             | 0.30 hrs | $75.00   |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | email to Janet DeYoung with status of matter and need for mediation. - 0.2. | | |
| 04/08/15 | PWC | Review and revise correspondence to client. | 0.20 hrs | $50.00 |
| 04/10/15 | BAC | Follow up with opposing counsel on status of settlement. - 0.1. Discuss co-defendant's tender of defense with Connie Tcheng and local counsel. - 0.2. | 0.30 hrs | $75.00 |
| 04/10/15 | BAC | Conduct phone call with Janet DeYoung regarding Capital One's tender of defense. - 0.3. Send email to Capital One's counsel regarding the same. - 0.1. | 0.40 hrs | $100.00 |
| 04/13/15 | BAC | Send correspondence to Janet DeYoung relating to Capital One's tender of defense and the need to respond. - 0.1. Write followup email to Capital One. - 0.1. | 0.20 hrs | $50.00 |
| 04/13/15 | BAC | Review correspondence from opposing counsel and local counsel regarding selection of a mediator. - 0.1. Conduct phone call with local counsel regarding the same. - 0.2. | 0.30 hrs | $75.00 |
| 04/14/15 | BAC | Correspond with opposing counsel regarding discovery production in light of court's stay. | 0.10 hrs | $25.00 |
| 04/15/15 | BAC | Review and respond to correspondence from local counsel re: status of case. Write email to opposing counsel regarding the same. | 0.20 hrs | $50.00 |
| 04/15/15 | BAC | Confer with all other counsel regarding status of discovery and case in light of stay. | 0.20 hrs | $50.00 |
| 04/15/15 | BAC | Review and respond to Janet DeYoung email regarding strategy in settling the matter. | 0.10 hrs | $25.00 |
| 04/15/15 | BAC | Conduct phone call with Janet DeYoung regarding Capital One's tender of defense. Write email to co-defendant accepting their tender. | 0.20 hrs | $50.00 |
| 04/28/15 | BAC | Review and respond to email from Co-Defendant's counsel regarding status of settlement. | 0.10 hrs | $25.00 |
| 04/29/15 | BAC | Phone call with local regarding status of case. - 0.1. Email to opposing counsel. - 0.1. | 0.20 hrs | $50.00 |
| 05/05/15 | PWC | Emails with client regarding local counsel's billing (0.1); review local counsel bill for extravagances (0.5). | 0.60 hrs | $150.00 |
| 05/06/15 | BAC | Billing issue with local counsel. Review additional email from local. Write e-mail to opposing counsel. | 0.30 hrs | $75.00 |
| 05/12/15 | BAC | Review email from opposing counsel regarding selection of mediator and respond to the same. Discuss mediators with local counsel. | 0.30 hrs | $75.00 |
| 05/15/15 | BAC | Write followup email to opposing counsel. | 0.10 hrs | $25.00 |
| 05/18/15 | BAC | Respond to local counsel and co-defendant's counsel regarding status of mediation discussions. - 0.1. Write email to opposing counsel regarding the same. - 0.1. Review opposing counsel's response. - 0.1. | 0.30 hrs | $75.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/15 | BAC | Review correspondence regarding mediation from opposing counsel. Write response. - 0.2. Review mediator's information. - 0.1. Write Janet DeYoung to confirm availability for mediation. - 0.1. | 0.40 hrs | $100.00 |
| 05/27/15 | BAC | Review mediation correspondence from Connie Tcheng and Janet DeYoung. | 0.20 hrs | $50.00 |
| 05/27/15 | BAC | Conduct mediation settlement call with opposing counsel. Write summary of the same to Janet DeYoung. Write update to local counsel. | 0.10 hrs | $25.00 |
| 05/28/15 | BAC | Review and respond to mediation correspondence from Janet DeYoung. | 0.10 hrs | $25.00 |
| 05/28/15 | BAC | Conference with Patrick Chinnery regarding status of case. | 0.10 hrs | $25.00 |
| 05/29/15 | BAC | Write emails to Janet DeYoung regarding mediation fees and strategy. | 0.20 hrs | $50.00 |
| 06/01/15 | BAC | Email Janet DeYoung requesting information regarding mediation. | 0.10 hrs | $25.00 |
| 06/01/15 | BAC | Conference with Janet DeYoung regarding status of case. | 0.20 hrs | $50.00 |
| 06/01/15 | BAC | Review correspondence from Janet DeYoung regarding cost-benefit analysis. | 0.10 hrs | $25.00 |
| 06/02/15 | PWC | Emails with Brandon Carnes regarding trial budget (0.1); follow-up with Matt Connelly and Brandon Carnes regarding trial budget (0.2) | 0.30 hrs | $75.00 |
| 06/02/15 | BAC | Prepare cost summary analysis of attending mediation. | 0.30 hrs | $75.00 |
| 06/04/15 | BAC | Discuss status of case and mediation with Janet DeYoung. | 0.10 hrs | $25.00 |
| 06/05/15 | BAC | Conduct phone call with local counsel regarding outstanding bill. | 0.10 hrs | $25.00 |
| 06/05/15 | BAC | Review and respond to correspondence regarding settlement from Janet DeYoung. - 0.2. Conduct phone call with Janet DeYoung regarding mediation. - 0.1. Research time and place of mediation and email Matt Connelly regarding the same. - 0.1. Review and book travel arrangements and coordinate the same with Janet DeYoung. - 0.7. | 1.10 hrs | $275.00 |
| 06/09/15 | BAC | Review and respond to correspondence from Capital One's counsel. | 0.10 hrs | $25.00 |
| 06/11/15 | BAC | Review Capital One's correspondence to plaintiff-consumer. - 0.2. Conference with Janet DeYoung by email regarding mediation logistics and travel time. - 0.1. | 0.30 hrs | $75.00 |
| 06/11/15 | BAC | Review local counsel's bills. | 0.20 hrs | $50.00 |
| 06/15/15 | BAC | Review order for substitution of counsel for co-defendant from local counsel. | 0.10 hrs | $25.00 |
| 06/15/15 | BAC | Prepare confidential mediation memorandum for upcoming mediation dates. - 1.1. Write email to Janet DeYoung containing mediation agreement to be signed. - 0.1. | 1.20 hrs | $300.00 |
| 06/17/15 | BAC | Review case file and write mediation brief for client review. Review and revise the same. Write correspondence to client enclosing | 1.50 hrs | $375.00 |

| | | | | |
|---|---|---|---|---|
| | | mediation brief. | | |
| 06/18/15 | BAC | Review Janet DeYoung's edits to mediation statement and revise the same. | 0.20 hrs | $50.00 |
| 06/19/15 | BAC | Correspond with paralegal regarding preparation and service of mediation statement. | 0.10 hrs | $25.00 |
| 06/22/15 | BAC | Send email to client informing them of plaintiff's absence from mediation. - 0.1. Send follow-up email regarding the same. - 0.1. Write email to opposing counsel. - 0.1. Review response to the same and assorted correspondence from client. - 0.1. Prepare and sign mediation certificate for mediator in advance of Wednesday mediation. - 0.1. | 0.50 hrs | $125.00 |
| 06/23/15 | BAC | Review correspondence from Janet DeYoung regarding her appearing at mediation in person. - 0.1. Respond to the same. - 0.1. | 0.20 hrs | $50.00 |
| 06/23/15 | BAC | Review travel information and check in for flight. | 0.20 hrs | $50.00 |
| 06/23/15 | BAC | Conduct phone conference with Janet DeYoung regarding mediation strategy and logistics. - 0.2. Conduct additional phone call with Janet DeYoung regarding the same. - 0.1. Prepare documents for mediation. - 0.5. | 0.80 hrs | $200.00 |
| 06/23/15 | BAC | Review emails from co-defendant and local counsel and respond to the same. | 0.20 hrs | $50.00 |
| 06/24/15 | MAT | Conference with Patrick Chinnery regarding modification. | 0.50 hrs | $125.00 |
| 06/24/15 | BAC | Travel to San Diego to attend mediation. - 7.7. Attend mediation with client and return client to airport. - 2.5. | 10.20 hrs | $2,550.00 |
| 06/25/15 | BAC | Write update to local and co-defendant's counsel regarding outcome of mediation. Review responses to the same. | 0.30 hrs | $75.00 |
| 06/25/15 | BAC | Travel back to Chicago from San Diego. | 6.50 hrs | $1,625.00 |
| 06/26/15 | PWC | Discuss mediation strategy with Brandon Carnes. | 0.30 hrs | $75.00 |
| 06/26/15 | BAC | Review correspondence between local counsel and co-defendant's counsel. | 0.10 hrs | $25.00 |
| 06/26/15 | BAC | Review and respond to correspondence from local counsel regarding issue of billing matter. | 0.10 hrs | $25.00 |
| 06/30/15 | BAC | Review and respond to email from local counsel enclosing copy of status report to be filed. Review status report. | 0.30 hrs | $75.00 |
| 07/02/15 | BAC | Review local counsel's bills as requested by client. - 0.2. Write email to Janet DeYoung summarizing status of bills. - 0.1. Conduct phone call with local counsel to request reduction of the same. - 0.1. | 0.40 hrs | $100.00 |
| 07/06/15 | BAC | Conduct phone call with local counsel regarding his bills to be paid. Write email to Janet DeYoung regarding the same. - 0.2. Review correspondence from opposing counsel and respond to the same. - 0.2. | 0.40 hrs | $100.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/14/15 | BAC | Review and respond to email from local counsel regarding extension of time to answer the complaint. | 0.20 hrs | $50.00 |
| 07/21/15 | BAC | Write followup email to opposing counsel regarding status of outstanding discovery. - 0.1. Review response correspondence from local counsel and respond to the same. - 0.2. | 0.30 hrs | $75.00 |
| 07/23/15 | BAC | Review email from local counsel requesting status on matter. - 0.1. Review and respond to settlement correspondence from opposing counsel. - 0.2. | 0.30 hrs | $75.00 |
| 08/03/15 | BAC | Write to opposing counsel requesting extension of time to respond to discovery. | 0.10 hrs | $25.00 |
| 08/04/15 | BAC | Review and respond to inquiry from local counsel regarding outstanding bill. - 0.2. Review email correspondence from Janet DeYoung regarding the same. - 0.1. | 0.30 hrs | $75.00 |
| 08/05/15 | BAC | Write follow-up email on discovery deadlines to opposing counsel. - 0.1. Review response from opposing counsel. - 0.1. Write to local counsel regarding the same. - 0.1. | 0.30 hrs | $75.00 |
| 08/07/15 | BAC | Review and respond to email inquiry from Capital One's attorney and local counsel with summary on status of matter. - 0.2. Write additional email to local counsel regarding handling of discovery. - 0.1. Review CapOne's attorneys' response and reply to the same. - 0.2. Write email requesting extension of time from opposing counsel. - 0.2. | 0.70 hrs | $175.00 |
| 08/10/15 | BAC | Write to opposing counsel following up on extension for time to respond to discovery. - 0.1. Review response from opposing counsel and reply to the same. - 0.1. Send copy to Capital One's counsel with comments. - 0.1. | 0.30 hrs | $75.00 |
| 08/12/15 | BAC | Write email to opposing counsel to clarify extension of discovery. - 0.1. Review and respond to email from Capital One's counsel regarding interrogatory responses. - 0.2. Review and respond to additional round of correspondence regarding the same. - 0.2. | 0.50 hrs | $125.00 |
| 08/13/15 | BAC | Respond to email from opposing counsel regarding extension of time for discovery. - 0.1. Review email from co-defendant's counsel regarding discovery response strategy. - 0.1. | 0.20 hrs | $50.00 |
| 08/17/15 | BAC | Review Capital One's client documents and case file. Format and prepare responses to discovery issued to Capital One. Edit the same. Draft instructions to client regarding the same. | 3.80 hrs | $950.00 |
| 08/24/15 | BAC | Review and respond to settlement correspondence from opposing counsel. - 0.1. Review correspondence from Connie Tcheng regarding status of Capital One's collection litigation. - 0.1. Review documents sent by Capital One for their response to plaintiff's discovery demands. - 0.5. | 0.70 hrs | $175.00 |
| 08/26/15 | BAC | Respond to email from CapOne's counsel regarding document production. | 0.10 hrs | $25.00 |
| 08/27/15 | BAC | Review and respond to local counsel billing issue on Forto. - 0.2. | 3.10 hrs | $775.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Conduct phone call with local counsel regarding billing issue. - 0.2. Revise Capital One's discovery answers. Redact Capital One's discovery production. Assemble Capital One's discovery responses. Exchange email correspondence with Capital One's attorney regarding the same. - 2.5. |  |  |
| 08/28/15 | BAC | Review and respond to email inquiry from CapOne's counsel for extension of time to respond to discovery. Exchange additional email correspondence. - 0.3. Write to opposing counsel and exchange multiple rounds of email correspondence relating to obtaining extension of time to respond to discovery. - 0.3. Write additional correspondence to CapOne's counsel regarding granted extension of time. - 0.1. | 0.70 hrs | $175.00 |
| 08/31/15 | BAC | Prepare draft responses to requests for production directed to Capital One. - 1.1. Send copy of the same to CapOne's counsel and correspond regarding the same by email. - 0.2. Review request for documents from CapOne's counsel. - 0.1. | 1.40 hrs | $350.00 |
| 09/01/15 | BAC | Review Capital One's edits to draft protective order and discovery responses. Respond to the same by email. | 0.20 hrs | $50.00 |
| 09/04/15 | BAC | Review and respond to email inquiry from CapOne's counsel regarding discovery materials. | 0.10 hrs | $25.00 |
| 09/08/15 | BAC | Review email correspondence from local counsel regarding ongoing billing issue. - 0.1. Respond to the same and write separate response to Janet DeYoung regarding billing issue. - 0.2. Review email correspondence regarding discovery with CapOne's counsel and respond to the same. - 0.2. Exchange email correspondence with Janet DeYoung regarding local counsel billing issue. - 0.2. Conduct phone call with Janet DeYoung regarding local counsel billing issue and write response to local counsel regarding the same. - 0.2. | 0.90 hrs | $225.00 |
| 09/09/15 | BAC | Draft URS's discovery responses to Plaintiff's discovery demands. Write letter to Janet DeYoung concerning the same. | 2.50 hrs | $625.00 |
| 09/09/15 | BAC | Review and respond to email correspondence regarding discovery production from Janet DeYoung. | 0.20 hrs | $50.00 |
| 09/10/15 | BAC | Write email to opposing counsel regarding impending production date and draft protective order. Review response to the same. | 0.20 hrs | $50.00 |
| 09/14/15 | BAC | Review email correspondence from CapOne's attorney regarding discovery responses. - 0.1. Respond to the same. - 0.1. Review email correspondence from Janet DeYoung regarding discovery responses. - 0.1. Respond to the same. - 0.1. Write email to local counsel regarding discovery production. - 0.1. Review and respond to discovery inquiry from local counsel. - 0.2. Review correspondence from CapOne's attorney and edits to the discovery to be served. - 0.2. | 0.90 hrs | $225.00 |
| 09/14/15 | BAC | Review and respond to additional inquiry as to discovery production of CapOne from Local Counsel. | 0.20 hrs | $50.00 |
| 09/15/15 | BAC | Listen to voicemail from local counsel regarding production of discovery documents. - 0.1. Conduct phone call with local counsel regarding the same. - 0.1. Write followup email to client regarding | 0.50 hrs | $125.00 |

| | | | | |
|---|---|---|---|---|
| | | status of document production. - 0.1. Review response from client and review additional email from local counsel regarding the same. - 0.1. Respond with instructions on production. - 0.1 . | | |
| 09/15/15 | BAC | Conduct phone call with Janet DeYoung regarding issues with interrogatory responses. - 0.2. Revise interrogatory responses. - 0.1. Conduct phone call with local counsel regarding production of discovery. - 0.1. Exchange multiple emails with Gregory Thomas regarding the same. - 0.2. Conduct additional phone call with Gregory Thomas regarding discovery production. - 0.2. Reconfigure client documents for production to Gregory Thomas. - 0.1. Exchange final round of correspondence with Janet DeYoung regarding signed interrogatory responses. - 0.2. | 1.10 hrs | $275.00 |
| 09/16/15 | BAC | Exchange multiple emails with Janet DeYoung regarding strategy in witness selection and discovery responses. Conduct phone call regarding the same. Review Janet DeYoung's additional edits to discovery responses and revise as necessary. - 0.7.  Exchange emails with local counsel regarding production of discovery responses. - 0.2. | 0.90 hrs | $225.00 |
| 09/18/15 | BAC | Review and respond to email inquiry from local counsel regarding production of discovery responses. | 0.20 hrs | $50.00 |
| 09/22/15 | BAC | Review and respond to inquiry from opposing counsel regarding agreement on protective order. - 0.2. Send email to Janet DeYoung inquiring on status of discovery. - 0.1. Review additional email from Janet DeYoung containing signed interrogatory pages and send final copy to local counsel to produce. - 0.1. | 0.40 hrs | $100.00 |
| 09/22/15 | BAC | Review correspondence from local counsel regarding overpayment. Write to client regarding the same. - 0.2. Review correspondence from local counsel regarding service of interrogatory responses. - 0.1. | 0.30 hrs | $75.00 |
| 09/28/15 | BAC | Review billing email inquiry from local counsel and Janet DeYoung. | 0.10 hrs | $25.00 |
| 09/29/15 | BAC | Review signed protective order from opposing counsel received via email and discuss the same with the client. - 0.2. Draft update on litigation to Connie Tcheng. - 0.1. | 0.30 hrs | $75.00 |
| 10/02/15 | BAC | Review and exchange correspondence with Jordan Creps regarding production of confidential materials. Listen to produced call recordings. | 1.00 hrs | $250.00 |
| 10/05/15 | BAC | Conduct phone call with Connie Cheng regarding status of matter and underlying collection litigation. | 0.20 hrs | $50.00 |
| 10/13/15 | BAC | Review filed protective order by Gregory Thomas. - 0.1. Discuss production of URS's discovery information with Gregory Thomas by phone. - 0.2. Review ECF filing approving court's stipulated protective order. - 0.1. | 0.40 hrs | $100.00 |
| 10/14/15 | BAC | Draft responses to requests for production of document. Prepare all documents for production and correspond with local counsel regarding the same. - 2.5. Conduct multiple phone calls with Greg Thomas and Lauren Miller (local counsel) regarding production of | 2.90 hrs | $725.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents. - 0.4. | | |
| 10/22/15 | BAC | Open correspondence from local counsel containing overpayment by client. - 0.1. Write email to Janet DeYoung regarding the same. - 0.1. | 0.20 hrs | $50.00 |
| 10/27/15 | BAC | Draft interrogatories, requests for admission, and requests to produce to Plaintiff. Write correspondence to local counsel and Patrick Morris regarding the same. | 1.90 hrs | $475.00 |
| 10/28/15 | BAC | Review and respond to inquiry from client regarding opening documents encrypted via PGP. Write additional email to client regarding the same. | 0.20 hrs | $50.00 |
| 10/30/15 | BAC | Review email correspondence from Connie Tcheng. Review and response to the same; write email correspondence to local counsel all pertaining to service of discovery documents. Conduct phone call with Gregory Thomas regarding service of discovery. | 0.40 hrs | $100.00 |
| 11/02/15 | BAC | Review correspondence from local counsel and Connie Tcheng regarding discovery requests and respond to the same | 0.20 hrs | $50.00 |
| 11/03/15 | BAC | Review and respond to discovery inquiry from opposing counsel. Correspond with Janet DeYoung regarding deposition dates. | 0.30 hrs | $75.00 |
| 11/04/15 | BAC | Review and respond to inquiry from Janet DeYoung concerning strategy for designating Rule 30(b)(6) corporate deposition representative. Review correspondence from local counsel regarding service of our discovery. Review produced client documents from Janet DeYoung. | 0.40 hrs | $100.00 |
| 11/09/15 | BAC | Review local counsel invoice and respond to Mike Kelleher regarding the same. | 0.20 hrs | $50.00 |
| 11/09/15 | BAC | Review correspondence from opposing counsel requesting extension of time in case. | 0.10 hrs | $25.00 |
| 11/12/15 | BAC | Review and respond to multiple emails from opposing counsel regarding discovery and stipulation to discovery deadlines. Write email to CapOne and local counsel regarding the same. Write email to Janet DeYoung regarding the same. Review response from all clients and local counsel. Write update email to Janet DeYoung regarding strategy for discovery timelines. | 0.70 hrs | $175.00 |
| 11/13/15 | BAC | Write response email to opposing counsel regarding extending discovery timelines. | 0.10 hrs | $25.00 |
| 12/01/15 | BAC | Review correspondence from Capital One's counsel. Write email update on status of case in response. | 0.20 hrs | $50.00 |
| 12/07/15 | BAC | Review and respond to discovery and settlement inquiry from opposing counsel. | 0.20 hrs | $50.00 |
| 12/21/15 | BAC | Review and respond to discovery correspondence requesting an extension from opposing counsel. Review settlement offer from opposing counsel. | 0.30 hrs | $75.00 |
| 01/04/16 | BAC | Conduct phone conference with opposing counsel and exchange email correspondence with opposing counsel via email. | 0.30 hrs | $75.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/16 | BAC | Write email to opposing counsel concerning production of discovery documents. Review responses from opposing counsel and circulate email to defense counsel concerning the same. Write email concerning extension of time to complete discovery to opposing counsel. | 0.50 hrs | $125.00 |
| 01/13/16 | BAC | Exchange email correspondence with local counsel concerning status of discovery. | 0.10 hrs | $25.00 |
| 01/13/16 | BAC | Conference with local counsel concerning motion to compel and extend discovery. Draft motion to extend discovery. Research local rules on motion letters. Edit and revise motion into a motion letter. Conference with local counsel concerning the same. | 3.10 hrs | $775.00 |
| 01/14/16 | BAC | Exchange additional correspondence with local counsel concerning filing of letter motion to extend discovery. Update client concerning the same. | 0.30 hrs | $75.00 |
| 01/19/16 | BAC | Conduct conference call with local counsel concerning discovery motion hearing on January 19, 2016. | 0.20 hrs | $50.00 |
| 01/19/16 | BAC | Attend telephonic hearing with Judge Donato on client's motion to extend discovery. Conference with local counsel regarding the same. | 1.10 hrs | $275.00 |
| 01/20/16 | BAC | Conference with staff attorneys concerning research project on filing of motion to compel. | 0.10 hrs | $25.00 |
| 01/20/16 | BAC | Review research on filing of motion to compel after close of fact discovery. Review opposing counsel's discovery responses. Write summarizing email to local counsel regarding status of the same. | 0.50 hrs | $125.00 |
| 01/20/16 | BAC | Review documents produced by client and analyze potential for summary judgment. Attempt to call opposing counsel. Conduct phone call with local counsel concerning status of case. | 0.40 hrs | $100.00 |
| 01/20/16 | MJH | Conference with Brandon in regards to 9th circuit local rules (.1). Drafted memo determining that motion to compel discovery was no long available (1.2). | 1.30 hrs | $325.00 |
| 01/28/16 | BAC | Conference with local counsel concerning status of deposition of plaintiff. | 0.30 hrs | $75.00 |
| 01/29/16 | BAC | Draft notice of deposition of plaintiff and exchange email correspondence with local counsel concerning the same. | 0.50 hrs | $125.00 |
| 02/02/16 | BAC | Review local counsel's edits to notice of deposition. | 0.10 hrs | $25.00 |
| 02/09/16 | BAC | Conference with Matt Connelly on status of case. | 0.10 hrs | $25.00 |
| 02/10/16 | BAC | Send followup email to Matt Connelly regarding status of case. Conference with Matt Connelly by email concerning status of the case. | 0.30 hrs | $75.00 |
| 02/15/16 | BAC | Review email correspondence from Janet DeYoung requesting detailed travel budget analysis. Draft the same for review of Matt Connelly. Review response from Janet DeYoung concerning deposition of Plaintiff; strategy for the same; and travel | 0.90 hrs | $225.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | arrangements. Write reply to the same advising client of need for depositions. Review travel arrangements for deposition in Oakland, California, and write email to Janet DeYoung concerning the same. | | |
| 02/16/16 | BAC | Review amended notice of deposition from local counsel. | 0.10 hrs | $25.00 |
| 02/18/16 | BAC | Research travel arrangements for attending deposition of Simonette Forto. Correspond with opposing counsel concerning the same. | 0.30 hrs | $75.00 |
| 02/19/16 | BAC | Review, alter, and finalize travel arrangements to San Francisco for deposition of Plaintiff. | 1.00 hrs | $250.00 |
| 02/25/16 | BAC | Write correspondence to local counsel concerning court reporter. Review amended notice of deposition and exchange additional correspondence concerning the same. | 0.20 hrs | $50.00 |
| 02/26/16 | BAC | Review and respond to settlement correspondence from opposing counsel. Send settlement strategy correspondence to Janet DeYoung. | 0.30 hrs | $75.00 |
| 02/29/16 | BAC | Review case status. Review and respond to settlement offers from opposing counsel. Conduct lengthy conference call with Janet DeYoung concerning the same. Write followup settlement correspondence to opposing counsel. Review and finalize travel plans concerning the same. Prepare documents and revise travel arrangements to attend deposition of Simonette D. Forto. | 3.10 hrs | $775.00 |
| 03/01/16 | BAC | Conference with Gregory Thomas concerning upcoming deposition date. Write confirming email to opposing counsel regarding the same. | 0.30 hrs | $75.00 |
| 03/02/16 | BAC | Listen to voicemail from opposing counsel and return call regarding the same. Conduct phone call concerning the same. Write updated settlement offer to clients. | 0.30 hrs | $75.00 |
| 03/03/16 | BAC | Travel time from Chicago, Illinois, to San Francisco in advance of plaintiff's deposition. | 7.50 hrs | $1,875.00 |
| 03/03/16 | BAC | Review clients' documents and draft outline of deposition of Plaintiff. Review and respond to emails from opposing counsel. | 2.50 hrs | $625.00 |
| 03/04/16 | MAT | Conference call with Brandon Carnes following deposition. | 0.30 hrs | $75.00 |
| 03/04/16 | BAC | Travel time to deposition site of Plaintiff. Take deposition of plaintiff. Write summary email to client and local counsel. | 7.70 hrs | $1,925.00 |
| 03/04/16 | BAC | Review court order setting status conference. Review multiple rounds of email correspondence amongst parties' counsel concerning the same. | 0.20 hrs | $50.00 |
| 03/06/16 | BAC | Travel time back from San Francisco from deposition of Plaintiff to Chicago. | 9.20 hrs | $2,300.00 |
| 03/07/16 | BAC | Review response from Connie Tcheng and write reply regarding investigation of PatelCo Credit Union for case strategy. Review and reply to additional case strategy email from Connie Tcheng. Conduct additional round of the same. | 0.40 hrs | $100.00 |
| 03/07/16 | BAC | Write email update on outcome of deposition to Matt Connelly. | 1.60 hrs | $400.00 |

| | | | | |
|---|---|---|---|---|
| | | Write summary to local counsel. Write summary to Connie Tcheng. Write summary to Janet DeYoung. Conduct phone call with Patelco Credit Union and investigate additional factual background relating to electronic money transfers. | | |
| 03/08/16 | BAC | Prepare revised discovery materials for delivery to opposing counsel (call recordings). | 0.10 hrs | $25.00 |
| 03/08/16 | BAC | Conference with Connie Tcheng of Capital One regarding potential existence of other Capital One accounts. | 0.20 hrs | $50.00 |
| 03/10/16 | BAC | Conduct call with client on status of case and resolution via summary judgment. | 0.80 hrs | $200.00 |
| 03/11/16 | BAC | Draft sanctions response letter to opposing counsel. | 0.50 hrs | $125.00 |
| 03/21/16 | BAC | Write followup email to opposing counsel concerning existence of documents. | 0.10 hrs | $25.00 |
| 03/21/16 | BAC | Listen to voicemail from mediator and write status update on case. | 0.10 hrs | $25.00 |
| 03/22/16 | BAC | Review response letter from opposing counsel concerning status of pleadings. Conference with deposition company to receive copy of transcript. | 0.20 hrs | $50.00 |
| 04/01/16 | BAC | Conference with staff attorneys regarding legal research project on admissibility of client's call recordings. | 0.20 hrs | $50.00 |
| 04/05/16 | BAC | Review and respond to inquiry from Connie Tcheng regarding status of case. | 0.10 hrs | $25.00 |
| 04/05/16 | MJH | Phone conversation with California court reporter company relating to transcribing phone recorded phone conversation for submission into brief. | 0.30 hrs | $75.00 |
| 04/11/16 | BAC | Review and respond to email inquiry from opposing counsel. | 0.10 hrs | $25.00 |
| 04/28/16 | BAC | Exchange correspondence with local counsel and Connie Tcheng regarding status of motion for summary judgment. Prepare motion for extension of time to file summary judgment motion. | 0.50 hrs | $125.00 |
| 04/29/16 | BAC | Correspond with local counsel regarding filing motion for extension of time to file summary judgment motion. | 0.10 hrs | $25.00 |
| 05/04/16 | BAC | Review and respond to email from local counsel concerning strategy and handling of motion for summary judgment. | 0.20 hrs | $50.00 |
| 05/05/16 | BAC | Review final copy of request for extension of time to file summary judgment motion. | 0.10 hrs | $25.00 |
| 05/06/16 | BAC | Write email correspondence to Connie Tcheng concerning status of motion for summary judgment. | 0.10 hrs | $25.00 |
| 05/09/16 | BAC | Review and respond to email inquiry from Greg Thomas concerning clients' motion for extension of time to file summary judgment. | 0.20 hrs | $50.00 |
| 05/09/16 | BAC | Draft motion for summary judgment. Edit the same. | 7.50 hrs | $1,875.00 |
| 05/10/16 | BAC | Review and respond to emails from local counsel concerning | 0.40 hrs | $100.00 |

| | | | | |
|---|---|---|---|---|
| | | extension of time to file summary judgment motions. Communicate with Capital One's attorney concerning status of summary judgment motion. Review and respond to inquiry from opposing counsel concerning status of summary judgment motion. | | |
| 05/10/16 | BAC | Review Janet DeYoung's edits to settlement release. | 0.10 hrs | $25.00 |
| 05/11/16 | BAC | Review objections from opposing counsel to extension of time to file summary judgment brief. Conference with local counsel concerning the same. Review Capital One's edits and attorney's comments concerning clients' motion for summary judgment. | 0.50 hrs | $125.00 |
| 05/12/16 | BAC | Draft reply brief to opposing counsel's objections to motion for extension. Draft declaration supporting the same. Conference with local counsel concerning the same. Review email inquiries from Janet DeYoung concerning edits to declaration in support of motion for summary judgment. Conduct conference call with Greg Thomas concerning filing of reply in support of motion for an extension. Review court order pertaining to the same. | 0.90 hrs | $225.00 |
| 05/13/16 | BAC | Conduct final rounds of edits and supporting legal research in support of client's motion for summary judgment. | 1.40 hrs | $350.00 |
| 05/16/16 | BAC | Prepare motion for summary judgment for review by local counsel. Finalize copy. Redact all exhibits. Correspond with local counsel and client concerning the same. Review multiple emails from local counsel concerning filing of summary judgment motion. Review judge's motion calendar. Draft proposed order granting settlement. Review final version of summary judgment motion. | 3.20 hrs | $800.00 |
| 05/17/16 | BAC | Review final copy of summary judgment motion and edit the same. Correspond with local counsel. Finalize and edit motion for summary judgment. Conduct multiple calls with Connie Tcheng and local counsel concerning the same. Draft and revise multiple declarations. Contact Bleier & Cox regarding signed declaration. Review additional declaration from Capital One and finalize motion for summary judgment. | 4.40 hrs | $1,100.00 |
| 06/01/16 | BAC | Review and respond to status update from opposing counsel. | 0.20 hrs | $50.00 |
| 06/02/16 | BAC | Review response to summary judgment motion from opposing counsel. Review multiple emails between Connie Tcheng and local counsel. | 1.30 hrs | $325.00 |
| 06/03/16 | BAC | Listen to voicemail from Greg Thomas. Conduct conversation with Patelco Credit Union concerning motion for summary judgment. | 0.90 hrs | $225.00 |
| 06/06/16 | BAC | Prepare reply brief on motion for summary judgment. Edit and revise the same. Conduct legal research supporting the same. Correspond with local and co-defendant's counsel concerning the same. Draft supplemental declaration of Janet DeYoung. Research opposition to opposing counsel's declarations. | 6.30 hrs | $1,575.00 |
| 06/07/16 | BAC | Revise and edit reply brief in support of summary judgment. Implement edits of Janet DeYoung and Connie Tcheng. Correspond with local counsel concerning the same Coordinate final copy of reply brief and filing with local counsel. Listen to voicemail from | 3.60 hrs | $900.00 |

Patelco Credit Union concerning status of case.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/16 | MLM | Review and edit Defendant's Reply Brief. | 0.50 hrs | $125.00 |
| 06/08/16 | BAC | Conference with local counsel and client concerning handling of June 22, 2016, hearing date. | 0.20 hrs | $50.00 |
| 06/09/16 | BAC | Review declaration of opposing counsel in response to summary judgment reply. Conference with local counsel concerning the same. | 0.20 hrs | $50.00 |
| 06/13/16 | BAC | Review ECF filed court order and write e-mail update to the client concerning the same. | 0.20 hrs | $50.00 |
| 07/24/16 | BAC | Review inquiry from Capital One's attorney concerning status of case. | 0.10 hrs | $25.00 |
| 07/25/16 | BAC | Draft update to Capital One's attorneys on status of case. | 0.10 hrs | $25.00 |
| 09/01/16 | BAC | Review request for extension from opposing counsel. Respond to the same. | 0.20 hrs | $50.00 |
| 09/02/16 | BAC | Exchange correspondence with opposing counsel concerning status of case. | 0.10 hrs | $25.00 |
| 09/07/16 | BAC | Review draft copy of stipulation to extend trial. Circulate to opposing counsel. | 0.20 hrs | $50.00 |
| 09/14/16 | BAC | Review and respond to inquiry from Connie Tcheng concerning trial. | 0.20 hrs | $50.00 |
| 09/26/16 | BAC | Review correspondence from opposing counsel concerning status of case and stipulation for extension of time. Conference with Capital One's attorneys regarding the same. Write email to local counsel regarding the same. | 0.30 hrs | $75.00 |
| 09/27/16 | BAC | Exchange emails with Connie Tcheng concerning availability of Capital One's witnesses. | 0.10 hrs | $25.00 |
| 09/27/16 | BAC | Review filed stipulation to continue trial. | 0.10 hrs | $25.00 |
| 10/04/16 | BAC | Review court order. Confer with client and local counsel concerning the same. | 0.20 hrs | $50.00 |
| 10/04/16 | BAC | Review correspondence between local counsel and co-counsel concerning timeline for trial. | 0.10 hrs | $25.00 |
| 11/10/16 | BAC | Review and respond to email from Connie Tcheng concerning case status. | 0.10 hrs | $25.00 |
| 11/11/16 | BAC | Conference with Capital One's attorney concerning case status. | 0.10 hrs | $25.00 |
| 03/20/17 | PWC | Review order issued today granting MSJ against Plaintiff; emails and phone call with Brandon Carnes regarding today's order. | 0.60 hrs | $150.00 |
| 03/20/17 | BAC | Review court's opinion and ECF order. Exchange multiple emails with local counsel and client. Draft research issues for staff attorney. - 0.5. Review research on time to file motion for sanctions and local rules. - 0.3. Additional conferring with local counsel and Connie Tcheng concerning preparation of requests for attorneys' fees. - 0.3. | 1.10 hrs | $275.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/20/17 | MLM | Research local rules for how long after entry of judgment does party have to file a motion for sanctions. | 0.30 hrs | $75.00 |
| 03/23/17 | BAC | Review Forto research, concerning post judgment motion. | 0.20 hrs | $50.00 |
| 03/23/17 | MLM | Legal research regarding FDCPA cases in which sanctions were granted for bad faith. | 1.60 hrs | $400.00 |
| 03/24/17 | BAC | Conference with Cory D. Anderson by email concerning petition for fees and costs. | 0.20 hrs | $50.00 |
| 03/24/17 | BAC | Meet with Mike Hornback and discuss sanctions motion project. | 0.20 hrs | $50.00 |
| 03/27/17 | PWC | Conference with Mike Hornback regarding affidavit needed for petition for fees. | 0.10 hrs | $25.00 |
| 03/27/17 | BAC | Exchange multiple emails with Mike Hornback concerning status of motion to recover fees. | 0.20 hrs | $50.00 |
| 03/27/17 | BAC | Review hours worked on file in preparation for motion to recover fees. | 0.10 hrs | $25.00 |
| 03/28/17 | BAC | Exchange multiple emails with Capital One's attorney, local counsel, Mike Hornback concerning status of drafts. - 0.2. Review draft from Mike Hornback. - 0.1. Review draft declaration for fees. - 0.2. | 0.50 hrs | $125.00 |
| 03/28/17 | MJH | Review of N.D. Cal. LR for petition for attorneys fees. Emails to LS to obtain billing records, emails to BAC seeking information regarding LC billing, draft of affidavit for PWC, MLM, MJH, MPC, BAC, Draft of Declaration of BAC. | 3.70 hrs | $925.00 |
| 03/29/17 | BAC | Review fees and costs information from Connie Tcheng. | 0.20 hrs | $50.00 |
| 03/30/17 | BAC | Draft, update, and revise case history section, procedural history, status of facts, and settlement history for review and finalization by Mike Hornback. Draft preliminary argument outline. Exchange emails with local counsel related to the same. - 3.5. Exchange multiple emails with local counsel concerning the same. - 0.1. | 3.60 hrs | $900.00 |
| 03/30/17 | MJH | Draft of legal arguments, concerning client's requests for sanctions per Brandon Carnes outline. Conduct legal research regarding same. | 5.00 hrs | $1,250.00 |
| 03/31/17 | BAC | Review and respond to multiple emails concerning fees and costs motion status. - 0.2. Review multiple emails between Mike Hornback and local counsel concerning preparation of motion. - 0.2. | 0.40 hrs | $100.00 |
| 03/31/17 | MJH | Addition of costs and fees argument, compilation of fees and cost spreadsheets, changes to Declaration of Connie Tcheng, email to CT. | 2.60 hrs | $650.00 |
| 04/01/17 | BAC | Review correspondence from Mike Hornback concerning Connie Tcheng's declaration. | 0.10 hrs | $25.00 |
| 04/01/17 | BAC | Review correspondence concerning Connie Tcheng's declaration. | 0.10 hrs | $25.00 |
| 04/03/17 | BAC | Revise, edit motion to recover attorneys' fees. Conduct supporting research. Revise supporting affidavit of all involved attorneys. Prepare all exhibits for filing. Prepare table of contents. Prepare table of authorities. Review local rules for compliance. Write email to | 11.30 hrs | $2,825.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | local counsel regarding the same. Prepare bill of cost information. Exchange meet and confer correspondence with opposing counsel. - 11.1. Edit and revise the same. - 0.2. | | |
| 04/03/17 | MJH | Review of changes to Forto Motion to recover attorneys' fees. | 0.40 hrs | $100.00 |
| 04/04/17 | BAC | Finalize motion for recovery of fees, bill of costs, exhibits, and coordinate the same with Janet DeYoung and other local counsel firms. Research recoverable costs. - 2.5. Review proposed order and other final edits to documents. - 0.2. | 2.70 hrs | $675.00 |
| 04/04/17 | MJH | Review of documents for filing, collection of documents for filing, changes to declarations and motion per GT and BAC requests, 3 emails to GT, 3 emails with CT, 4 Emails to GT office, 2 emails to client, meeting with BAC. | 3.10 hrs | $775.00 |
| 04/05/17 | CDA | Review and revised motion for sanctions; conference with Brandon Carnes regarding same. | 1.00 hrs | $250.00 |
| 04/05/17 | MJH | Email to LC regarding missing attachments. | 0.20 hrs | $50.00 |
| 04/11/17 | BAC | Review email correspondence from Capital One's attorney concerning motion to withdraw from fees. Conduct call with Connie Tcheng concerning the same. - 0.2. Conduct multiple phone calls with local counsel concerning the same. Write summary email to Connie Tcheng. - 0.5. | 0.70 hrs | $175.00 |
| 04/12/17 | BAC | Review notice of deficiency ECF in bill of costs. Review Capital One's notice of motion to withdraw. Exchange correspondence with local counsel; client; and Matt Connelly concerning opposing counsel's request for fees. | 0.80 hrs | $200.00 |
| 04/13/17 | BAC | Review and respond to email from opposing counsel concerning access to attorneys' invoices. Conference with local counsel regarding the same. - 0.2. Conduct phone call with local counsel and draft email to client. - 0.2. | 0.40 hrs | $100.00 |
| 04/14/17 | MAT | Conference with Brandon Carnes regarding filings and submission. | 0.60 hrs | $150.00 |
| 04/14/17 | BAC | Write followup email to Matthew Connelly concerning fees request. - 0.1. Write email to client and opposing counsel concerning the same. - 0.1. | 0.20 hrs | $50.00 |
| 04/18/17 | BAC | Conference with Janet DeYoung concerning stipulation of protective order. | 0.20 hrs | $50.00 |
| 04/18/17 | BAC | Review response from opposing counsel to motion for fees. | 0.20 hrs | $50.00 |
| 04/19/17 | BAC | Review multiple emails from local counsel concerning filing reply date. | 0.20 hrs | $50.00 |
| 04/19/17 | BAC | Review correspondence from Capital One, concerning status of motion for fees. | 0.10 hrs | $25.00 |
| 04/24/17 | BAC | Write email to local counsel concerning reply brief date. | 0.10 hrs | $25.00 |
| 04/24/17 | BAC | Review exchange of emails between CapOne and local counsel concerning status of motion for fees. | 0.10 hrs | $25.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/17 | BAC | Exchange correspondence with local counsel concerning case status. Prepare reply brief. | 6.50 hrs | $1,625.00 |
| 05/01/17 | BAC | Write email to Gregory Thomas concerning fee petition objections. Review response and reply to the same. | 0.20 hrs | $50.00 |
| 05/03/17 | BAC | Review ECF order taxing costs. | 0.10 hrs | $25.00 |
| 05/12/17 | BAC | Review emails from client concerning Forto invoicing. | 0.30 hrs | $75.00 |
| 05/15/17 | BAC | Exchange emails with local counsel requesting fee petition reduction. | 0.10 hrs | $25.00 |
| 08/15/17 | BAC | Review ECF order reassigning case for settlement discussions. | 0.10 hrs | $25.00 |
| | | TOTAL FEES FOR THIS MATTER | | $54,225.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/31/15 | In-house Photocopies | $9.15 |
| 05/29/15 | Maureen A. Summers for mediation deposit for Forto v. Capital One, et al. | $450.00 |
| 06/24/15 | For travel expenses to San Diego, California for mediation between plaintiff and client. | $348.50 |
| 06/25/15 | For travel expenses from San Diego, California for mediation between plaintiff and client. | $348.50 |
| 06/30/15 | In-house Photocopies | $9.45 |
| 01/31/16 | In-house Photocopies | $40.35 |
| 03/03/16 | Airfare for travel to San Francisco for deposition of Simonette Forto. | $275.31 |
| 03/03/16 | Car rental for travel to deposition of Simonette Forto in San Francisco. | $184.46 |
| 03/03/16 | Travel to airport for deposition of Simonette Forto in San Francisco. | $48.00 |
| 03/03/16 | For hotel stay for deposition of Simonette Forto in San Francisco. | $200.55 |
| 03/03/16 | For meals for Brandon Carnes for deposition of Simonette Forto in San Francisco. | $35.18 |
| 03/04/16 | Pizzotti & Jarnagin for original and certified transcript of deposition of Simonette D. Forto. | $816.10 |
| 03/04/16 | For hotel stay for deposition of Simonette Forto in San Francisco. | $171.73 |
| 03/04/16 | For meals for Brandon Carnes for deposition of Simonette Forto in San Francisco. | $35.18 |
| 03/05/16 | Travel to airport for deposition of Simonette Forto in San Francisco. | $49.50 |
| 03/05/16 | For meals for Brandon Carnes for deposition of Simonette Forto in San Francisco. | $35.19 |
| 03/08/16 | UPS overnight mail delivery service to Jessica R. K. Dorman at Hyde & Swigart. | $17.31 |
| 03/11/16 | UPS overnight mail delivery service to Hyde & Swigart. | $19.90 |
| 03/31/16 | In-house Photocopies | $92.85 |
| 04/13/16 | Uccelli & Associates for document production- audio files. | $452.00 |
| 05/31/16 | In-house Photocopies | $5.10 |
| 06/30/16 | In-house Photocopies | $36.00 |
| 03/31/17 | In-house Photocopies | $20.70 |
| 04/30/17 | In-house Photocopies | $14.40 |
| 06/30/17 | PACER document production. | $24.15 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS FOR THIS MATTER | $3,739.56 |
| TOTAL CHARGES FOR THIS BILL | $57,964.56 |