Robert L. Hyde, Esq. (SBN: 299642)
sara@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:            (619) 233-7770
Office Fax Number:        (619) 297-1022

Attorneys for Simonette D. Forto

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Simonette D. Forto | Case No: 14-cv-05611-JD (MEJ) |
|---|---|
| Plaintiff, v. Capital One Bank, National Association, et al. Defendant. | **Declaration of Robert L. Hyde** |

1. I, Robert L. Hyde, hereby declare under penalty of perjury, and pursuant to the laws of the State of California, that the following is true and correct.

2. If called as a witness, I would competently testify to the matters herein from my own personal knowledge.

3. I am a partner at the law firm of Hyde & Swigart, a consumer protection law firm.

4. I am also a Law Professor at California Western School of Law where I teach Consumer Law, which includes a great deal of focus on the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA") and California's Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788 et seq. ("Rosenthal Act").

5. At the time this action was filed, Ms. Khosroabadi had been an attorney for just 20 days, and consequently I assigned another associate, Ms. Jessica R. K. Dorman, to assist Ms. Khosroabadi with this case and ensure that the case had proper support in fact and law.

6. I have been engaged as an attorney protecting consumers for fourteen years and work exclusively on consumer protection, where I have represented thousands of consumers.

7. Hyde & Swigart represents consumers exclusively; we do not represent businesses.

8. I have recently reviewed and researched the facts and law in this case and based on that review and research I believe that this case has always had merit.

9. Based on my fourteen years of experience working exclusively in the area of consumer law, as well as my years of experience teaching Consumer Law in law school, and the extensive research that I have done in the area of the FDCPA and California's Rosenthal Act, I respectfully assert that the Magistrate Judge here has based her ruling on an erroneous view of the law. See *Baker v. G. C. Servs. Corp.*, 677 F.2d 775 (9th Cir. 1982).

10. I have known Ms. Khosroabadi and Ms. Dorman for many years and I find the idea that either was acting in bad faith or for the purpose of harassment in this case to be meritless.

11. I declare nothing further.

Date: December 15, 2017

By: /s/ Robert L. Hyde
Robert L. Hyde