Sara F. Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office:     (619) 233-7770
Facsilime: (619) 297-1022

Attorneys for Simonette D. Forto

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simonette D. Forto<br><br>                    Plaintiff,<br>v.<br><br>Capital One Bank, National Association, et al.,<br><br>                    Defendants. | Case No: 14-cv-05611-JD (MEJ)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br><br>**Judge: Hon. James Donato** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, including any issue surrounding the issue of attorneys' fees and costs. The Court issued judgment in this matter in favor of Defendants on March 21, 2017 [Dkt. 55]. Defendants Capital One Bank, National Association, and United Recovery Systems, L.P. now known as Alltran Financial sought an order requesting attorney fees and costs from Plaintiff and Plaintiff's counsel. On December 5, 2017 Magistrate James issued an order on attorneys' fees [Dkt. 71]. Plaintiff and Plaintiff's counsel filed a motion for relief from that order [Dkt. 72-73]. That matter is still pending before this Court.

The Parties, through counsel, have resolved any outstanding issues surrounding Magistrate James' December 5, 2017 Order, as well as the pending Motion for Relief. Plaintiff and Defendant, request that all pending motions be vacated. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained and within the next thirty (30) days, an executed Stipulation of Dismissal of the entire action will be filed, if necessary.

| **Respectfully submitted,** | **Hyde & Swigart** |
|---|---|
| Date: December 22, 2017 | By: /s/ Sara F. Khosroabadi |
|  | Sara F. Khosroabadi |
|  | Attorneys for Plaintiff |
|  | **Bornazian, Jensen & Garthe** |
| Date: December 22, 2017 | By: /s/ Gregory Thomas |
|  | Gregory Thomas |
|  | Attorneys for Defendants |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Gregory Thomas Counsel for Defendants, and that I have obtained Mr. Thomas' authorization to affix his electronic signatures to this document.

**Hyde & Swigart**

Date: December 22, 2017        By: /s/ Sara F. Khosroabadi
                                   Sara F. Khosroabadi
                                   Attorneys for Plaintiff